EXHIBIT- B

**BP-229 RESPONSE**                                **CASE NUMBER: 324008-F1**

**Name:**      BOLING, Oliver
**Reg. No.:**  36688-118
**Unit:**      AL3

Your request for Administrative Remedy (BP-229), dated February 27, 2004, and received in this office on March 2, 2004, has been reviewed. Specifically, you claim your assigned case manager directed abusive and racial comments toward you, and displayed discriminatory and retaliatory action against you. You request to be assigned to another case manager and a review of your status without the interference of the case manager coordinator. You also request your assigned case manager receive counseling and the case manager be cautioned against retaliatory actions.

A review of the issues raised in your BP-229 has been conducted. Staff are trained to interact with inmates in a professional and respectful manner. However, your allegations have been forwarded to appropriate official for review. Proper action will be taken should merit to your allegations be found.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP230(10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas, 66101-2492.

E. J. Gallegos, Warden

3-16-04
Date

05 1732

FILED

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

B