EXHIBIT- C

Case 1:05-cv-01732-JDB    Document 1-4    Filed 08/31/2005    Page 1 of 4

U.S. Department of Justice  
Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Boling Oliver    36688-118    A-3    U.S.P. Leavenworth
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** This appeal is based on dissatisfication of B-P-9 cordinators response rein, and signed by Warden E.J.Gallegos. The response, demostrates 'the [insensitivity] and the nability, and unwillingness] to ensure that my civil'rights and basic human rights are Protected." experienced the most dehumannizing' and degrading verbale assaults' by casemanager A.Wilson which this complaint is based. The"attached" BP-9 and BP8 explains the gist of my complaint. was told by this staff that a [good nigger is a dead nigger"] [coon] and called a nigger by this aff without any provocation. I originally filed a [quite sensitive 10] however it was sent back me by regular mail. The Wardens response fails' to adress this issue of racist, bigot, and, responsible behavior. In fact, the response lacked the urgency and interest to even investigate'. is complaint was not complex¶ which required "extensive" resourse. The identified staff members which "witness" Wilson unprofessional actions were available, they were never contacted....I was ailable, but was nevr contacted', in fact the Wardens response never considered a[investigation]'. e response indicated that, a review of the issues' had been conducted" Theefore there was no od [REASON] to continue to delay, the response failed to investigate" to get to the core of claim, moreso since my claim was never [discredited]. The, failure to "investigate" when the ed to in order to ascertain the truth is not only undermineing the complaint, but sends a very d MESSAGE' that i can be continued!! to be called a NIGGER' AND AND THAT HAS BEEN THE CASE.

4-7-04             CONTINUATION PAGE ATTACHED.........   Oliver Boling 36688-118
DATE                                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**


RECEIVED APR 12 2004

05 1732

FILED

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATE                                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                     CASE NUMBER: 324008-R2  C

**Part C—RECEIPT**

                                                CASE NUMBER: _____

Return to: BOLING OLIVER                36688-118        A-3        LEAVENWORTH, KS
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: UNPROFESSINAL CONDUCT, RACIST REMARKS, FRAUDULANT USE OF POLICIES

BP-230(13)

Continuation page to BP10

Since theses issues has been brought to the attention of the Warden and complained about Wilson has went out of his way to say obscene things to me and on 3/26/004 as i walked throught the metal-detector Wilson who was filling in for an officer said to me [Black nigger-boys' who complains gets the bad end of things, and that my Mother who is deceased is a "Black nigger "Bitch" who should have [abborted] me, now complain about that!] I appeal because if staff member can conduct themselves in such a blatant way and the Warden fails' to put in place any corrective' measure than there is [no] recourse for my BP9 complaint. From the cordinators response, it is clear that nothing will be done to ,even the [issues'] the cordinator cite as the issues that are claimed ignored    multiple other claims unresolved this erosion of fair play is evident that on this level my complaint will not recieve impartial consideration.

Because of "lack" of sufficient review and no investigation'  I request that my complaint be investigated and that, Wilson be advised to "immediately" stop his efforts to intimidate and the use of racist behavior, words, and persuit.

The response encourages racist behavior when i have to endure this abuse without intervention of the Warden , or any other person capable to address Wilsons conduct,  this coplaint is very necessary because Wilson has [Boast] of his connections in the Bureau is solid and that hehas numerous complaints' against him and that complaints are for rookies'................ and thati? i will continue to be a 'nigger' to him".

Wherefore, because Wilson feels this way and being my case manager it is not unreasonable to believe that he should not remain a case manager of my file inwhich  at his disposal he may misrepresent the integrity" that accompany such resposibility.

The BP9 are the exclusive records of this complaint"

Respectfully Sbmitted

*Oliver Boling - 36688-118*

Oliver Boling#36688-118
Post Box 1000 U.S.P. Leavenworth
Leavenworth , Kansas 66048
unit-A-3

U.S. Department of Justice

Federal Bureau of Prisons

B-P-11

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Bolino, Oliver__ __36688-118__ __A-3__ __Leavenworth__
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – REASON FOR APPEAL** This Appeal is being filed on this B-P-10 used as a B-P-11, the Staff has refused to give me a B-P-11. The gist of my complaint is unprofessional conduct, racial slurs, intimidation, discrimination, see attached exhibits, Wilson, Albert called me a nigger, and that a good nigger is a dead nigger, Leon, that my being married to a white woman was a bad scenario for me, that im lucky to be alive, that my is a Black nigger Bitch, these statements were said between Oct. 2, 2003, December 3, 2003, December 5, 2003, January 13, 2004. I ask that your office intervene, Gray told me that I will not get no more Administrative Remedies to file beyond the prison walls — I ask for your help.

__May 10-2004__         __Oliver Bolina 36688-118__
     DATE                    SIGNATURE OF REQUESTER

**Part B – RESPONSE**



_____     __Central Office__
     DATE                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                CASE NUMBER: _____

**Part C – RECEIPT**

                                              CASE NUMBER: _____

Return to: __Bolina, Oliver__  __36688-118__  __A-3__  __US Leavenworth__
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: __Racial slurs, misconduct, calling me niggers, cos. Mr. Mother is a Black__

__5/10/2004__                          _____
     DATE                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN-LVN                                                BP-230(13)