EXHIBIT-D

U.S. DEPARTMENT OF JUSTICE                                REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____  _____  _____  _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A – INMATE REQUEST**

I am requesting that the actions described in my BP-8 by Lt. Houser Gray be immediately ceased and that racist comments, threats, and disrespect to me be halted and there be no related retaliatory measures from him through any officer to me.

I further request the relief requested in my BP-8. (See BP-8)

_____          _____
DATE                     SIGNATURE OF REQUESTER

**Part B – RESPONSE**

RECEIVED 2003 JUN 24 PM 12:46
WARDEN'S OFFICE
USP LEAVENWORTH

05 1732

FILED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____          _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                     CASE NUMBER: _____

**Part C – RECEIPT**
                                                  CASE NUMBER: _____
Return to: _____  _____  _____  _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT    INSTITUTION

SUBJECT: _____

_____          _____
DATE                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                          BP-229(13)
                                                                 APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: HOWARD, Clinton     86268-011     B-Lower     USP-Leavenworth
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT          INSTITUTION

**Part A—REASON FOR APPEAL**

I am not satisfied with the Response of 7-7-03 Because it does not provide me with Relief.

* Due to the Lock Down my BP-10 is late, which can be verified by the Staff.

7-24-03                                   Clinton Howard # 86268-011
DATE                                      SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
2003 AUG 15 AM 11:35
WARDEN'S OFFICE
USP LEAVENWORTH

_____                           _____
DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                CASE NUMBER: 306737-R1

**Part C—RECEIPT**

                                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        _____
DATE                                                           BP-230(13)