EXHIBIT-E

Case 1:05-cv-01732-JDB    Document 1-6    Filed 08/31/2005    Page 1 of 2

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

---

Name: BOLING, Oliver  
Register Number: 36688-118  
DCDC No: 166-863

Institution: Leavenworth USP

Date:  June 5, 2004

---

In the case of the above-named, the following parole action was ordered:

Pursuant to 28 C.F.R. §2.28(f), reopen and schedule for a special reconsideration hearing on the next available docket.

**REASONS:**

The Commission has determined that there is significant adverse information in your file that was not considered in making the decision contained in the Notice of Action dated December 19, 2003.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc: Sharon Barnes-Durbin, SCSA  
CSS Data Management Group  
D.C. Court Services & Offender Supervision Agency  
300 Indiana Avenue, N.W., Suite 2149  
Washington, D.C. 20001

05 1732

**FILED**

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

---

Boling 36688-118  
Queued: 06-05-2004 09:22:07 BOP-Leavenworth USP [

-1-

Clerk: ADC

Exhibit E