EXHIBIT-F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| OLIVER M. BOLING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 04-3078-RDR |
| | ) | |
| R. MUNDT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## RESPONSE TO PETITIONER'S TRAVERSE

The respondents, R. Mundt, Warden, U.S. Penitentiary, Leavenworth, Kansas, and the U.S.

Parole Commission, by and through Eric F. Melgren, United States Attorney for the District of

Kansas, and Jackie A. Rapstine, Assistant United States Attorney, responds as follows to petitioner's

Traverse.

### I.     Background

Petitioner contends that respondents engaged in "retaliatory" actions by reopening his case

and ordering a special reconsideration hearing. See Doc. 14, pp.3-4. Contrary to petitioner's claim,

his case was not reopened out of retaliation for filing this lawsuit, but, rather, was reopened upon

the discovery of new adverse information pursuant to 28 C.F.R. § 2.28(f). See Exhibit A.

It was discovered in preparing the response to petitioner's habeas action, that petitioner had

misrepresented information to the hearing examiner who conducted the parole hearing on

December 3, 2003. See Exhibit B. The hearing examiner who conducted the hearing reviewed the

file and determined that at the time of the hearing, he did not have information available to him fully

describing petitioner's parole violation behavior. See Exhibit B, p.2. The examiner noted that

petitioner provided inaccurate information during the hearing. First, petitioner had told the examiner

that the victim's sister had obtained a protection order against him when, in fact, petitioner's former

05-1732

FILED
AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT