**EXHIBIT-G**

LVN-1330.13D
Attachment A

# INFORMAL ATTEMPT TO RESOLVE

PROGRAM STATEMENT 1330-13 "Administrative Remedy Procedures for Inmates" state that inmates shall informally present their complaints to staff and staff shall attempt to informally resolve an issue before an inmate files a "Request for Administrative Remedy".

Administrative Remedy (BP-9's) will not be issued on a random basis. For accountability purposes each BP-09 and BP-08 will be logged and assigned a control number.

Prior to submitting a "Request for Administrative Remedy", the inmate and counselor will attempt informal resolution by answering the questions below. After an attempt by the counselor to informally resolve the issue, the INFORMAL RESOLUTION FORM (BP-08) will be forwarded to the Unit Manager for review and signature which acknowledges the compliant, efforts to resolve, and if informally resolved and/or a BP-09 was issued.

1. INMATE'S NAME: Oliver Boling    REG. NO.: 36688-118

2. GIVE A BRIEF STATEMENT OF THE COMPLAINT ISSUED: official Misconduct, Unautorized Contact with inmates wife , Breach of team resolution, Racist and bias retalitory conduct, Misrepresetation to U.S. Parole Commission Concernining inmate inwhich is not asigned to , B-upper Casemanager - A. Wilson, submiting False documents to achieve [Retardation] of inmates Parole

3. STATE ALL EFFORTS MADE BY YOU TO RESOLVE THIS ISSUE (INCLUDE NAMES OF STAFF MEMBERS CONTACTED AND HOW THEY WERE CONTACTED): Mrs. Ashman see continuation page Warden who instructed to me to sumitt complaint of this nature to Unit Manger and team

4. COUNSELOR'S COMMENTS (INCLUDE EFFORTS MADE TO INFORMALLY RESOLVE THIS ISSUE): Staff allegations - I can not informally resolve this at this level

DATE INFORMAL RECEIVED: _____ DATE INFORMAL RETURNED TO INMATE **05 1732**
ISSUE INFORMALLY RESOLVED: ___ YES ___ NO    BP-09 ISSUED X YES ___ NO
INMATE'S SIGNATURE  Oliver Boling    DATE 6/25/04
COUNSELOR'S SIGNATURE  Crew    DATE 6-28-**FILED**
UNIT MANAGER'S SIGNATURE  _____    DATE 6-29-04    **AUG 31 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Bolar, Oliver           36683-148           E           Lv Kansas
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** My complaint is against Wilson casemanager A-Unit who has writter [illegible] filed multiple grievances against this staff for racial remarks such as, "a good nigger is a dead nigger", cock, that I should see how the black staff stay in their place and I better to. I was informed that this staff would cease such behaviour and not to retaliate in any form. Thus have not been the case I'm given parole by the U.S. Commission for April, 8-2005, Wilson recently sent [illegible] manufactured documents to the U.S. Parole Commission in which attempted to retard my parole date and asked for documents Wilson who is [illegible] not have in his possession and ultimately sent to the parole board to retard [illegible]. This is a very serious mindset, also Wilson has been calling my wife instructing, teaching her to participate in this incident. Also Wilson has previous made [illegible] that the present A-3 case manager M. Gray was his pal and would do as he [illegible] it's evident by Wilsons continued contact with Gray in regards to my case. Wilson is not my casemanager". I walked in the messhall at lunch and hear [illegible] say to Gray "There he is" and they looked me in the face and smiled. It was [illegible] that I had (no) casemanager, and for this type of conduct to be or is not [illegible] police. Wilson has had the black officers to constantly shake my cell [illegible] any [illegible] and I [illegible] on Wilson behalf as casemanager. Gray has no proper conduct for this action. I ask that my have [illegible] contact period

10-25 DATE [signature]   [signature] SIGNATURE OF REQUESTER

**Part B- RESPONSE**



Exhibit E
05 1732

FILED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATE   WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*
SECOND COPY: RETURN TO INMATE           CASE NUMBER: _____

CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO | UNIT | INSTITUTION
SUBJECT: _____

DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Bolin, Oliver   36688-110   A-5   Leavenworth
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

My complaint is against Albert Wilson and Milton Gray casemanagers. On June 25, 2004 I were stopped in the hallway by they two casemanagers and told they talked to my former wife and they will pay for her flight to Kansas for my July 5, 2004 hearing and that Wilson Miller worked for the U.S. Commission and my Attorney Peach own her a favor or two. Also in the marshall I heard Wilson say to Gray, there he is and they looked me in the face and smiled. Wilson manufactured documents, sent them to the U.S. Commission against me. Wilson is not my case manager and have been calling my former wife, instigating her and coaching her to help Gray. [illegible] Buddy and my present case manager to murder me, my cell was sprayed open every day for break-in. Wilson and my wife [illegible] clothing.

7-29-2004                                     Oliver Bolin
DATE                                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                CASE NUMBER:

**Part C—RECEIPT**
                                              CASE NUMBER:

Return to: Bolin, Oliver   36688-110   A-5   Leavenworth
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: [illegible] misconduct intimidation informing of Wilson not his client

7-29-2004
DATE                                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: [illegible] 96688-118 A-3 Leavenworth

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A—REASON FOR APPEAL** I was refused a B-8-11 so this should be treated as a B-P-11. My complaint is racial discrimination, retaliation, submitting false documents, calling former wife to instigate reprisal. On June 05 [illegible] Wilson, Gray casemanager stopped me and told me they plan to pay for my plane flight to Kansas that Wilson's mother have some time with the U.S. Parole commission female panel and she owe her a favor - which is to harm me, in the presence of Wilson and Gray pointed at me and smiled afterwards. Wilson submitted to the U.S. Commission manufactured documents to have my parole suspended and date retarded. Wilson has previously called me niggers, coon, a good nigger is a dead nigger. These incidents violates my civil rights and equal protection of the law. They refuse to give me proper forms to file on so I have to use whatever form I get. Please stop this racist behavior please. thanks

9-8-2004

DATE

Olivia [illegible]

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: ______

**Part C—RECEIPT**

CASE NUMBER: ______

Return to: [illegible] [illegible] A-3 Leavenworth

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: [illegible]

SIGNATURE RECIPIENT OF REGIONAL APPEAL

BP-230(13) APRIL 1982