EXHIBIT-H

To: Attorney Pamela Posch
U.S. Parole Commission
5550-Friendship Boulevard
Chevy Chase, Maryland                        July 15, 2004
        20815-7201


From. Oliver M. Boling
    # 36688-118
    P.O. Box-1000
    Leavenworth Kansas
            66048

In regards to
July 13, 2004
hearing

05 1732

**FILED**

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

            Dear, Attorney Posch.

                    Im writing This letter as a
Complaint, I am deeply disturbed and shocked"
On July 13, 2004 at The schedule Re-openning hearing
you set for me, your Examiner Jeffery Kostbar
Called me a "Nigger Boy" and introduced a Tape he
Said was Recorded That morning in The presence of
Albert Wilson, Mike Gray, my Former wife. The Tape
was not what you said was misfiled in my Parole Records
at my December 3, 2003 Reparole hearing, Rather it was
Taped That morning of The hearing, and I was not
given "disclosure pre-hearing" according To your Regulation
They made me sign one The morning of The hearing July
13, 2004. Albert Wilson and Mike Gray are Two Staff I've
Filed grievence against, They contacted my Former wife
To Coerce her To do harm To me because I Filed Some

OF 2

Racial grievence against them, and I was told by them that Wilson's Mother Ms. Carol Wilson Muller worked for the commission, and she will use her influence to do harm to me. Ms. Posch, I was denied a fair and impar tial hearing; Also I was humiliated by being called a "Nigger" Boy by your examiner, This should not be. I'm Black Ms Posch, My former wife is white, Wilson, Gray and Kostbar is white, This statement Nigger Boy did have a devastating psychological affect on me, I ask That you correct This Misdeed, I should not be Judge According To my color. I Appreciate any consideration given This complaint. Thank-you

Date July 15, 2004

Respectfully Submitted
Oliver M. Boling 36688-118
Oliver M. Boling
#36688-118
Box-1000
Leavenworth Kansas
66048

Copy to
U.S. Commission Chairman
c.c. O. Boling

BP-S308.052 **ADMINISTRATIVE DETENTION ORDER** CDFRM

MAY 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

DEC 1-8  '04          USP LEAVENWORTH
                              Institution

Date/Time:  __07-28-04 @ 1:45 pm__
                      A11-621L ACH3 UTIL

TO:   Special Housing Unit Officer
          *D. Wettlaufer, Lt.*
FROM:  __D. Wettlaufer, Lieutenant__ , (Name/Title)

SUBJECT: Placement of __Boling, O.__  No. __36688-118__, in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
_____ (b) Is pending investigation of a violation of Bureau regulations;
_____ (c) Is pending investigation or trial for a criminal act;
_____ (d) Is to be admitted to Administrative Detention

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2)  Since a serious threat exists to individual's safety as perceived by staff,
              although person has not requested admission; referral of the necessary information
              will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
XXX  (f) Is pending classification; or Threat Assessment
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into
              Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued
presence in the general population poses a serious threat to life, property, self, staff, other
inmates, or to the security or orderly running of the institution because*

You are being placed in Administrative Detention pending a Threat Assessment by S.I.S. You will remain
in administrative detention until a determination is made by the SIS Lieutenant and will be notified
of any changes in your status.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The
inmate received a copy of this Order on (date/time) __07-28-04 @ 1:46 pm__

Staff Witness Signature/Printed Name __J.Good, Lieutenant__        Date __07-28-04__

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will
make an independent review and decision, which is documented here.

cc: Inmate Concerned (not necessary if placement is a result of holdover status)
      Captain
      Unit Manager
      Operations Supervisor-Administrative Detention Unit
      Central File

*Exhibit T-8*

BP-S148.055  **INMATE REQUEST ⊃ STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: July 28, 2004 |
|---|---|
| LT. Good | |
| FROM: Oliver Boling | REGISTER NO.: 36688-118 |
| WORK ASSIGNMENT: U/O | UNIT: 63 Block (A-3) |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Dear Sir I was placed in Solitary by Gray and
Wilson I violated no rules of the prison I asked
to be seen by some one.

Thank you
Oliver Boling
36688-118

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper