EXHIBIT-I

B-P-8                    INFORMAL ATTEMPT TO RESOLVE

NAME: Oliver Boling      Reg. No. 36688-118

STATEMENT OF Complaint:

I have been denied access to the proper complaint form therefor my B-P-8 is self created. My complaint is that Ive been placed in solitary confinement and was done so I was told by officers that Albert Wilson and Mike Gray buddy Jeffery Buser, Ive been in solitary for (4) months and have not been told officially why I'm here. I have previously filed racial grievence against Albert Wilson and Mike Gray casemanagers. This action I believe is "Retaliation" and should cease. I ask that someone explain to me how I can be placed in solitary for my right to file grievence. I have no review as proscribed by policy and to be place in solitary I'm entitle to know why.

RESPECTFULLY        05 1732

DATE: Nov. 7, 2004.        Oliver Boling 36688-118

FILED

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit "4"

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Bolina Oliver**    **31688-118**    **Blnk 103**    **Leavenworth**
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** To WARDEN, I had previously filed grievence against case-
manager Albert Wilson and Mike Bray for racist remarks, misconduct. Thereafter
Jeffery Buser sir. had me placed in lock-up on administrative detention
on July 28, 2004 - here it is, November 17, 2004 4-months has pass, Buser
who had me placed in administrative detention has NOT interviewed me even
under order by the Captain on (2) occassions told officers to have him come
over per order of the Captain, he has refused. I have NO memo or nothing
of the ___ being held in lock-up. I'm past the 90days limit of ___
detentions CFR # 541.22 L in which to Admin ___ ___ be detained. popu-
lation — I request that a staff NEUTRAL and that is not cited in this BP9
investigate. These actions I believe is RETALIATION for my filing grievence
against the above cited staff, and I request reasons why I'm continued too
be held without any reasons explained. Thank you.

Nov. 17, 2004      *Oliver Bolina 31688-118*
                                      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**      CASE NUMBER **361058-F1**

**Part C- RECEIPT**             CASE NUMBER **361058-F1**
Return to:
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT

USP LVN    DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13)
                                                      APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: ___ Coling Olivia _____ 36088-118 C3 Block Leavenworth
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**

This appeal is a complaint why im being
housed in solitary Confinement for 4 months not seeing
anyone in regards to my placement here. I was told that
casemanager Wilson and Gray had me placed here for
my filing grievence against them. This violate my
first amendment right to grievence to the courts I
also have been denied B-P-8 and B-P-9. and B-P-11
to continue my grievence process, I ask that your
office intervene on my behalf.

Dec. 10 2004
DATE

Olivia Coling 36088-118
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____          _____
DATE                            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: Coling Olivia _____ 36088-118 C3 Block Leavenworth
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: Retaliation, temperary not recieving property hearing

USP LVN  DATE                     SIGNATURE, RECIPIENT    BP-230(13)