EXHIBIT-J

B-P-8     INFORMAL ATTEMPT TO RESOLVE

NAME Oliver Boling    Reg. NO. 36688-115

STATEMENT OF COMPLAINT:

My Complaint is against Mike Gray case manager, on August 4, 2004 while in the cell Mike Gray gestured to cut my throat, placing his hand in a chopping manner across his throat. Inmates Lawrence Clifton # 93115-024 Ricky McPhaul 32022-048 seen this act. I also informed Counselor Childs and the 2 inmates cited Told Childs also, I have been denied grievances and have been getting other inmates to get grievance if they can — This should not be, please address this

Respectfully
Oliver Boling # 36688-15

Date 8-4-2004

Exhibit J

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Boling Oliver**  **36688-118**  **63/cell 203**  **Leavenworth**
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

**Part A- INMATE REQUEST** Complaint Against M. Gray A-3 Casemanager, Threating Conduct on Aug-4, 2004 Mr. Gray and Prielle came to the cell I occupied. Gray told me to sign a parole form. I told Gray that I wish to talk with Warden Veach befor I signed the form. Gray became hostile and angered and said he will put that I refused; I again told Gray, I'm not refuseing, but I wish to talk with Mr. Veach; Peirce walked away from the cell, Gray remained at the cell and said Veach don't run shit, I'm going to get you. And Gray gestured with his hand accross his "Throat" as if to cut my throat. The inmates in the cell with me witnessed Grays behavior. Inmates: Lawrence Clifton 92115-024 Kirby McPhaul 32022-048. Counselor Childs came then, from down the tier I called Childs he came to the cell I told Childs what Gray did and the other inmates told Childs what Gray gesture of throat slashing. Childs said he will check it out.

8-14-2004  *Oliver M. Boling 36688-118*
DATE  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
2004 AUG 20 AM 10:16
WARDEN'S OFFICE
USP LEAVENWORTH

05 1732
FILED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit J

Only 3 BP-9s Submitted!

_____  _____
DATE  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE  CASE NUMBER: **348489-F1**

_____
CASE NUMBER: _____

**Part C- RECEIPT**
Return to: **Boling Oliver M.**  **36688-118**  **63/cell 203**  **Leavenworth**
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

SUBJECT: **Threatenning Conduct**

_____  _____
DATE  RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN  *Printed on Recycled Paper*  BP-229(13)
APRIL 1982