EXHIBIT-K

REQUEST FOR ADMINISTRATIVE REMEDY

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **Boling Oliver**    **36688-118**    **63/203**    **Leavenworth**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A- INMATE REQUEST My complaint is against Mike Gray Casemanager. On September 1, 2004 Mr. Gray gave me a legal call requested by attorney. After the call as I was leaveing being returned to the cell asigned me Mr. Gray in a disrespectful manner said "his Pal Casemanager Albert Wilson, Mother, Ms. Muller was a member of the U.S. Parole Commission in the pass and that she has ties with the Commissions Ex Chairman (Robinson) who has come out of retirement and will hear my parole case this month. And he will teach me "not" to file grievence against him and Wilson. And that I had better. And need to "Call Muhammad" and then Gray hollered— "Assalamu-Aleikum" Smirking as he left. This is misconduct, taunting and in violation of 28 C.F.R §§ 40.9 reprisals are prohibited.

9-1-2004
DATE                    SIGNATURE OF REQUESTER Boling 36688-118

Part B- RESPONSE

*This grievence was ignored*

05 1732

FILED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____    _____
DATE                    WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: _____

Part C- RECEIPT
Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982