EXHIBIT-L

Case 1:05-cv-01732-JDB    Document 1-13    Filed 08/31/2005    Page 1 of 3

EXHIBIT-L

November 30, 2004
3:0 pm

To: Attorney Pamela Posch
United States Parole Commission
5550 Friendship Boulevard

05 1732

Exhibit L

FILED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Attorney Posch

Today I was schedule for a 3rd reopening hearing today, casemanager Mike Gray came to my cell and told me, he was going to tell the Commission I refuse to attend the hearing. Ms Posch this is not true, I did desire to attend my November 30, 2004 hearing but im in solitary confinement and cannot leave the cell unless staff (Gray) escort me. I asked to attend my hearing and told Gray I did not waive my hearing nor was a I-24 form provided for me. Gray told me that the Commission will tak his word alone. This casemanager I've filed grievence against in the pass, he and a Albert Wilson, I wrote you concerning this in a letter dated July 15, 2004 I also told you how I was called Nigger Boy by your examiner Jeffrey Kestner. This is a notice to you that I wish to attend my hearing

Respectfully
Olivia M. Boling 36068-118
cop-1000
Leavenworth Kansas
66048

Copy to
U.S. Chairman

cc: Olivia M. Boling

U.S. DEPARTMENT OF JUSTICE                                           REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Bolivia Oliver**      **30688-118**      **B Unit/6S**      **Leavenworth**
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A— INMATE REQUEST Complaint is against Mike Gray casemanager. Abuse of authority, denied me access to schedule parole hearing, due process and equal protection of the law violation. I was schedule for a parole hearing on November 30th 2004. Mike Gray came to the cell I occupy in lock-up in which Gray had me placed in, and told me that he has power, and that he was going to tell the U.S. Parole Commiss- ion that I refuse to be seen by them, which is untrue. I desired to and was entitle by law to be present at my parole hearing. I wanted to be at my parole hearing. There was no danger or threat signed by me nor any other _____ that required but refused his authority, by lying you to the U.S. Parole Comm. That I did not want to attend my hearing when in fact, I desired to be at my hearing no waiver was signed, Gray was threaten to cut my throat, had ordered Buser to lock me up, now tells the U.S. Parole Board I wish not to be seen is untrue. I request that I be schedule for the next hearing docket. Thanks.

11-30-04
DATE                                                SIGNATURE OF REQUESTER

Part B— RESPONSE

[Warden's Office stamp: USP LEAVENWORTH 2004 DEC -9 PM 12:32]

_____ DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                         CASE NUMBER: _____

                                                       CASE NUMBER: _____
Part C— RECEIPT
Return to: **Bolivia Oliver**    **30688-118**    **B Unit/3**    **Leavenworth**
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____ DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN                                                              BP-229(13)
                                                                     APRIL 1982