EXHIBIT-M

**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

April 8, 2005

Mr. Oliver Boling 36688-118
Lewisburg USP
R.D. #5
Lewisburg, PA 17837

Dear Mr. Boling:

Your letter of November 30, 2004 was just referred to me for a response. You included in your letter a signed affidavit, which shows you did not refuse to attend your hearing on November 30 at USP Leavenworth.

Case Manager Michael Gray provided the Commission with a written statement indicating you refused to attend your hearing. Mr. Gray stated he gave you several opportunities to attend the hearing but your refused to accompany him to the hearing room.

Your letter and affidavit have been considered. The Commission chooses to accept Case Manager Gray's version as being more believable. Your next opportunity for a hearing will be in November 2006, as stated on your Notice of Action.

Sincerely,

Rob Haworth
Hearing Examiner

JRH

05 1732

**FILED**

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT