United States District Court
For the District of Columbia

FILED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Oliver M. Boling-Bey pro-se )
      plaintiff, )
)
v. )
)
U.S. Parole Commission, et.al; )
)
Attorney Pamela Posch )
Examiner Jeffery Koastbar )
Examiner Samuel Robertson )
)
Federal Bureau of Prison, et.al; )
)
Casemanager Albert Wilson )
Casemanager Mike Gray )
)
Each defendant sued in their )
individual capacity and official )
capacity. )
      Defendants )

Complaint No. _____

Jury trial Demanded:

CASE NUMBER  1:05CV01732

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 08/31/2005

**MOTION FOR JUDICIAL MONETARY LIEN
AGAINST DEFENDANTS UNTILL THE OUTCOME
OF THE CASE.**

    To support the need for a"JUDICIAL MONETARY LIEN " plaintiff advers the following facts;

        The present case is unique in that
The official documents attached to the complaint
shows that plaintiff has demostrated by <u>their</u> files
that a **genuine** issue of material fact exists;
and that the[ SOPHISTICATION, THE SUBTLE AND BLATANT
MISREPRESENTATION AND CLEAR FALSIFICATIONS BY THE
DEFENDANTS] in HIGHLY SENSITIVE AND TRUSTED POSITIONS
were integrity" is essential has in fact eroded and
their cleverness to be decietful plaintiff ask this
Court to place a JUDICIAL MONETARY LIEN AGAINST;

RECEIVED
AUG 24 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4

1. Pamela Posch
2. Jeffery Koastbar
3. Samule Robertson
4. Albert Wilson
5. Mike Gray

to prevent the transfers of assets to other accounts; this includes all bank accounts, credit cards, properties, inheritence, pay checks bonds, and saving accounts, ECT.

Wherefor for the foregoing reasons plaintiff pray that this Motion for a Limited JUDICIAL MONETARY LIEN BE immediately implaced and is granted.

RESPECTFULLY SUBMITTED
Oliver M. Boling-bey #36688-118
#36688-118
P.O.BOX-1000 U.S.P.Lewisburg
Lewisburg Pa. 17837

I Oliver M. Boling-bey #36688-11C declare that the foregoing is true and correct under th of perjury.

Signature

This 12th day Aug. 2005

2