United States District Court
For the District Of Columbia

Oliver M. Boling-Bey )
#36688-118 )
)
    Plaintiff, )
) Civil Action No. 051732 Judge Bates
v. )
)
)
U.S. Parole Commission, et al, )
)
    Defendants. )

## Motion For Appointment of Counsel

Plaintiff Oliver M. Boling-Bey pursuant to 28 U.S.C. §1915(e)(1) moves for this Court to appoint counsel to represent him in this case for the, following reasons:

1. Plaintiff is unable to afford counsel and was granted request leave to proceed in forma pauperis in which was granted by this court.

2. Plaintiff s' imprisonment will grately limit his ability to litigate. The issues involved in this case are complex, and will require a significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witness.

4. The defendants in this case is cloaked with unlimited power and as evidence at the begining of plaintiff grievence against defendants he has been abrutly transfered to another prinson , critical legal documents have been destroyed and given a 15 year parole reconsideration date with out any procedural protection and acts of arbitrariness.

1

Plaintiff s' defendants are:
        U.S. Parole Commission Attorney
        2 U.S. Parole Examiner s'
        22 Federal bureau of Prisons' case Manager s'

5. The Racial Conspiracy claims, the claimed Conspiracy cover-up the racial discrimination claimed the vindictiveness are issues that the actors might "resent" thussupplying a motive to retaliate and and plaintiff is at the whim of any misdeed the defendants care to bestow upon plaintiff and prevent plaintiff from being able to meet deadlines of this court or respond to pleadings.

6. Evidence is plaintiff was placed in total "solitary" at the start of his grievence in kansas and transfered to Lewisburg plaintiff present place of confinement.

For these reasons plaintiff ask this Court to appoint him counsel Daniel M. Schember, D.C. Bar# 237180   1666 Connecticut Avenue N.W. ste.225 Washington D.C. 20009 , or any counsel the Court deem appropriate.

                              Respectfully Submitted

Date _September 12, 2005_

        _Oliver M. Boling-Bey 36688-118_
        Oliver M. Boling-Bey #36688-118
        P.O. Box-1000 U.S.P.
        Lewisburg Pa. 17837

## Declaration

I, _Oliver M. Boling-bey 36688-118_ declare under the penalty of perjury that the foregoing is true and correct. Executed on this __12th__ day of September 2005.

signed _Oliver M. Boling-Bey 36688-118_