UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVER BOLING-BEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 05-1732 (JDB) |
| v. ) | (ECF) |
| ) | |
| U.S. PAROLE COMMISSION, et al. ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John Henault as counsel for the Federal Defendants, in their official capacity only, in the above-captioned case.

\_\_\_/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Oliver Boling-Bey
Reg. No. 36688-118
Lewisburg USP, F Unit
P.O. Box 1000
Lewisburg, PA 17837

on this___20th__ day of October, 2005.

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney