"URGENT"

(1)

Dear Clerk of the Court                    November 21, 2005

My name is Oliver M. Delung-Bey #36688-118, in a inmate at Lewisburg Federal Prison.

I'm writing you in reference to my Civil action No. 05-1732 (J.D.B.)

(A) I would like a "Copy" of my docket sheet in this case please.

B) According to 28 U.S.C. § 1915 (c), officers of the Court shall issue and serve all process and perform all duties in (in forma pauperis) cases. F.R.Civ.P. 4(c)(2)(6)(i). Since I was granted forma pauperis in this case, and I'm suing in Defendants official capacity and individual capacity, however see exhibit A attached page 2 the Attorney indicated that, the Defendants were not properly served in their (Individual Capacity). Would you so kindly address this please.

Also on the caption page the counsel for the Defendants indicated that their response was due November 28, 2005. Well, I never received the notice from this Court indicating that the defendants were served or required to respond by November 28, 2005.

2

"in concern" this indicates that my mail from your Court is either mis-sent or the U.S. Prison here is deliberately not giving me the Courts mail. This is serious this "impedes" my ability to respond if I don't recieve the Courts mail. "Therefor I request that your office take adequate measures to ensure that I recieve your mail pleases."

The Defendants in this case are officials who have friends in every area of the Bureau of Prisons and without some measure I will not recieve any mail from the Court." I appreciate any help you may can give in this matter.

Respectfully

Oliver M. Boling-By
#30688-118
P.O. Box-1000 U.S.P.
Lewisburg Pa 17837

I Oliver M. Boling-Bey do declare under the penalty of perjury that the statements are true and correct.