UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OLIVER BOLING-BEY,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**U.S. PAROLE COMMISSION, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 05-1732 (JDB)<br>(ECF) |

DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Federal Bureau of Prisons and the U.S. Parole Commission, Defendants in this action, respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due December 28, 2005. Defendants request until January 28, 2006 to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this Bivens action against Federal Bureau of Prison employees Albert Wilson and Mike Gray and U.S. Parole Commission employees Pamela Posch, Jeffery Kostbar, and Samuel Robertson in their official and individual capacities.[1]

Because it is a Bivens action, the individual federal defendants sued in their personal capacity have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

counsel. Several of the defendants have begun the process of requesting representation. However, in light of the fact that some defendants have still not been properly served in their individual capacities, these individuals have not yet had time to submit requests to Torts Branch for DOJ representation. Accordingly, this Office cannot yet represent the defendants in their individual capacity.

Additionally, the U.S. Parole Commission is currently in the process of investigating plaintiff's claims and locating at least one of the defendants, Mr. Samuel Robertson, who is no longer employed with the agency.

Because the defenses of the defendants in their official and individual capacity will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

December 8, 2005.                               Respectfully submitted,


   /s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

   /s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

   /s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Oliver Boling-Bey
Reg. No. 36688-118
Lewisburg USP, F Unit
P.O. Box 1000
Lewisburg, PA 17837


on this 8th day of December, 2005.

_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney