UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OLIVER BOLING-BEY,** )<br>)<br>**Plaintiff** )<br>)<br>)<br>v. )<br>)<br>**U.S. PAROLE COMMISSION, et al.** )<br>)<br>**Defendants.** )<br>) | ) Civil Action No. 05-1732 (JDB)<br>) (ECF) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Stay Discovery, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED a stay of all discovery proceedings until this Court rules on defendants' dispositive motion and addresses their entitlement to qualified immunity.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Oliver Boling-Bey
Reg. No. 36688-118
Lewisburg USP, F Unit
P.O. Box 1000
Lewisburg, PA  17837