UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLIVER M. BOLING-BEY )
       plaintiff. )
        )   CIVIL NO. 1:05-cv-1732
v. )   Judge. John D. Bates
        )
U.S. PAROLE COMMISSION et.al; )
       defendants. )

### AFFIDAVIT FOR ENTRY OF DEAFAULT

PLAINTIFF OLIVER M. BOLING-BEY, BEING DULY SWORN, DEPOSE AND SAYS:

1. I AM THE PRO-SE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

2. THE DEFENDANTS, ALBERT WILSON, MIKE GRAY, JEFFERY KOASTBAR, SAMUEL ROBERTSON, PAMELA POSCH, WAS SERVED WITH A COPY OF THE SUMMONS AND COMPLAINT AS APPEARS FROM PROOF OF SERVICE BY THIS COURT ON FILE IN THEIR [INDIVIDUAL CAPACITY].

3. THE DEFENDANTS: ALBERT WILSON, MIKE GRAY, JEFFERY KOASTBAR, SAMUEL ROBERTSON, PAMELA POSCH HAS FAILED TO RESPOND, PLEAN OR OTHERWISE DEFEND IN ACCORDANCE TO RULE 55. OF THE FEDERAL RULES OF CIVIL PROCEDURES OR ASK FOR A EXTENSION IN WHICH, TO RESPOND IN [INDIVIDUAL CAPACITY] and HAVE NOT SERVE AN ANSWER OR TAKEN "ANY" ACTION.

THIS 30th of NOVEMBER 2005.

I SWARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING STATMENTS ARE TRUE AND CORRECT.

               Sworn to befor me this 30th day of NOVEMBER.

                             OLIVER M. BOLING-BEY
                             36688-118 U.S.P.
                             P.O.BOX 1000
                             LEWISBURG PA.17837

United States District Court
For The District Of Columbia

Oliver M. Boling-Bey )
)
plaintiff )
v. ) Civil NO.1:05-cv-1732
)
) Judge. John D. Bates
)
U.S. Parole Commission et. al; )
)
defendants )
)
)
)

REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF THE COURT FOR THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA;

1. YOU WILL PLEASE ENTER DEFAULT OF DEFENDANTS
   a. ALBERT WILSON
   b. MIKE GRAY
   c. JEFFERY KOASTBAR
   d. SAMUEL ROBERTSON
   e. PAMELA POSCH

FOR FAILURE TO PLEAD OR OTHERWISE DEFEND AS PROVIDED BY [RULE 55.] OF THE FEDERAL RULES OF CIVIL PROCEDURE AS APPEARS FROM THE ATTACHED AFFIDAVIT OF PLAINTIFF, OLIVER M. BOLING-BEY.

THIS __30th__ day of November 2005.

_____
OLIVER M. BOLING-BEY
#36688-118
U.S.P. LEWISBURG
P.O.BOX-1000
LEWISBURG, PA. 17837

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLIVER M. BOLING-BEY )<br>)<br>plaintiff. )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION et. al; )<br>)<br>defendants. )<br>) | CIVIL NO.1:05-cv-1732<br>Judge. John Bates |

### AFFIDAVIT AS TO MILITARY SERVICE

1. I am the pro-se plaintiff in the above entitled matter Oliver M. Boling-Bey. I make this affidavit pursuant to the requirements of the Soldiers and Sailor's' Civil Relief Act, 50 U.S.C., Appendex, 520.

2. The defendants has worked at their present employment s' since plaitiff was re-incarcerated in April,1999.

3. Based on that fact, the plainiff is convinced that none of the defendant s' is in the military service of the United States.

THIS 30th day of November 2005.

OLIVER M. BOLING-BEY
366488-118
U.S.P.
P.O.Box-1000
Lewisburg Pa. 17837

I _[signature]_ swear under the penalty of perjury that the foregoing is true and correct to the best of his knowledge.