UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLIVER M. BOLING-BEY )
      plaintiff. )
  v. )
U.S. PAROLE COMMISSION et.al; )
      defendant. )

CIVIL NO.1:05-cv-1732
Judge. John D. Bates

" REQUEST FOR ENTRY OF DEFAULT JUDGMENT "

TO: CLERK OF THE COURT;

    Plaintiff OLIVER M. BOLING-BEY REQUEST THAT YOU ENTER JUDGMENT IN DEFAULT BASED UPON THE ATTACHED AFFIDAVIT AGAINST DEFENDANTS IN THE ABOVE CAPTION CASE IN THE AMOUNT FOR $90,000, PLUS INTEREST AT A RATE OF 6 % AND COST.

THIS 30th day OF NOVEMBER 2005.

OLIVER M. BOLING-BEY
36688-118
P.O. BOX 1000
LEWISBURG PA. 17837

United States District Court
FOR THE DISTRICT OF COLUMBIA

OLIVER M. BOLING-BEY )
)
plaintiff. )
)
) CIVIL NO. 1:05-cv-1732
v. )
) Judge. John D. Bates
)
U.S. PAROLE COMMISSION et.al; )
)
defendants. )

## JUDGMENT FOR DEFAULT

Defendant s' in the above titled matter having failed to plead or otherwise defend in their ["INDIVIDUAL CAPACITY"] nor asked for a extension of time to respond and was served to do so and defendant s' Default having been entered,

Now upon application of the plaintiff and upon affidavit that Defendant s' is indebted to plaintiff in the sum of $90.000 that defendants has been defaulted for failure to appear and that the defendant s' is not an infant or incompetent person, and is not in the military service of the United States it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover the sum of $90.000 with interest of $3.60, at the rate of 6% per year from the date of December 19, 2005, and costs in sum of $15.000.

CLERK OF THE COURT FOR THE DISTRICT OF
OF COLUMBIA.

THIS 30th DAY OF November 2005.