Leave to file GRANTED

*John D. Bates* 12/16/05
John D. Bates
United States District Judge

NOVEMBER 21, 2005

Dear Honorable John D. Bates

My name is Oliver Soling-Suy 36688-118 I am plaintiff in civil NO. 05-1732 (J.D.B.) Caption Oliver Soling-Suy V. U.S. Parole Commission et al. On November 21, 2005 I recieved a letter from the Attorney for the defendants in this case.

In the letter (see exhibit A) the Counsel for defendants stated, " Defendants answer is due November 28, 2005 and that "they" request enlargment of time."

Plaintiff was not on notice that a response was due, November 28, 2005, in fact plaintiff have not recieved no notice from the Court indicating that a order was issued by the Court for defendants to respond."

It is Obvious that my mail is being destroyed by the institution here that have sole control of my going and coming in mail.

This raises profound concern to me, Without the courts help plaintiff is likely to suffer irreparable harm. Plaintiff is likely to succeed at trial, I will suffer more if a injunction is denied, than the defendants will suffer if it is granted: An a preliminary injunction will serve the public interest.

2

Defendants are federal Bureau Prison employees who have many years in the Bureau and have influence to cause me harm. The U.S. Parole Commission employees who co-work with federal Bureau Prisons.

These high ranking officials who dislike the fact that I have challange their conduct, are in position too have my mail destroyed.

I have recieved notties from this Court indicating that it ordered the Defendants to respond. My legal property has been searched recently (numerous) times and vital documents in direct relevance have been taken. I have been black balled by the Unit Team whom I depend to get notary and forms for Court.

These actions and denial of mail from that Court will cause me great harm.

So Sir I ask you to intervene and issue a order, that these actions cease. I further ask the Court to appoint me a attorney in which can defray some of the misdeeds cited in this letter. I appreciate your help.

I OLIVER BOLING-BEY SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Respectfully
Oliver Boling-Bey
30088-118
P.O. Box - 1000
Lewisburg Pa. 17837