**BP-229 RESPONSE**                              CASE NUMBER: 361058-F1

Name:       BOLING, Oliver
Reg. No.:   36688-118
Unit:       AL3

Your Request for Administrative Remedy (BP-229), dated November 17, 2004, and received in this office on December 9, 2004, has been reviewed. Specifically, you state you were placed in Administrative Detention on July 28, 2004, as a form of retaliation for filing a grievance against staff members. You state you have not been interviewed by the Special Investigative Agent and have been in Administrative Detention status for more than 90 days. You contend you should be returned to general population at this institution and request to know the reason for your continued placement in Administrative Detention.

A review of the issue raised in your BP-229 has been completed. The review revealed you were placed in Administrative Detention on July 28, 2004, pending an investigation to determine if your continued presence in general population at USP Leavenworth posed a threat the safety of staff and the security of the institution. The investigation was completed and a recommendation for your transfer was submitted. The Special Investigative Agent has discussed your status with you and as explained, you are currently pending a transfer to another institution.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230 (10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____          _____
E. J. Gallegos, Warden                              Date

