```
5H      PAR8H   540*23  *       SENTENCE MONITORING       *       03-29-2005
 PAGE 001               *        COMPUTATION DATA         *       11:39:19
                                 AS OF 03-29-2005

REGNO..: 36688-118 NAME: BOLING, OLIVER M


FBI NO............: 378976H           DATE OF BIRTH: 04-16-1954
ARS1..............: LEW/A-DES
UNIT..............: UNIT 1            QUARTERS.....: F01-107U
DETAINERS.........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-01-2032

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-01-2032 VIA MAND REL

-------------------------CURRENT JUDGMENT/WARRANT NO: 050 -------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8709-76
JUDGE............................: STEWART
DATE SENTENCED/PROBATION IMPOSED: 05-03-1977
DATE WARRANT ISSUED..............: 04-13-1999
DATE WARRANT EXECUTED............: 02-07-2000
DATE COMMITTED...................: 06-28-2001
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY:  NO    SERVICES:  NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   655
OFF/CHG: SODOMY AND ASSAULT WITH A DEADLY WEAPON

   SENTENCE PROCEDURE.............: DC CODE ADULT
   SENTENCE IMPOSED/TIME TO SERVE.:    71 YEARS        6 MONTHS
   NEW SENTENCE IMPOSED...........: 17665 DAYS
   BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
   DATE OF OFFENSE................: 09-06-1975




G0002         MORE PAGES TO FOLLOW . . .
```



Case 1:05-cv-01732-JDB   Document 24-6   Filed 01/30/2006   Page 2 of 7

```
5H      PAR8H    540*23  *       SENTENCE MONITORING        *      03-29-2005
PAGE 002          *              COMPUTATION DATA           *      11:39:19
                                 AS OF 03-29-2005

REGNO..: 36688-118 NAME: BOLING, OLIVER M


----------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-10-2004 AT LVN AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 050 010

DATE COMPUTATION BEGAN..........: 02-07-2000
TOTAL TERM IN EFFECT............: 17665 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    48 YEARS      4 MONTHS       12 DAYS
EARLIEST DATE OF OFFENSE........: 09-06-1975

JAIL CREDIT.....................:  FROM DATE       THRU DATE
                                   01-11-2000      02-06-2000

TOTAL JAIL CREDIT TIME..........: 27
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 5804
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 07-01-2032
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 11-24-2047
EXPIRATION FULL TERM DATE.......: 05-22-2048

NEXT PAROLE HEARING DATE........: 09-01-2004
TYPE OF HEARING.................: SPECIAL

PROJECTED SATISFACTION DATE.....: 07-01-2032
PROJECTED SATISFACTION METHOD...: MAND REL




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23  *       SENTENCE MONITORING         *       03-29-2005
PAGE 003                *       COMPUTATION DATA            *       11:39:19
                                AS OF 12-22-1991

REGNO..: 36688-118 NAME: BOLING, OLIVER M

FBI NO............:                     DATE OF BIRTH: 04-16-1954
ARS1..............: LEW/A-DES
UNIT..............: UNIT 1              QUARTERS.....: F01-107U
DETAINERS.........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-22-1991 VIA STATE PRIS

-------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 8709-76
JUDGE...........................: STEWART
DATE SENTENCED/PROBATION IMPOSED: 05-25-1977
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 06-16-1977
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO  SERVICES: NO     AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  655
OFF/CHG: SODOMY AND ASSAULT WITH A DEADLY WEAPON

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    20 YEARS
 MINIMUM TERM...................:    80 MONTHS

-------------------------PRIOR JUDGMENT/WARRANT NO: 020 -------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 65531-76
JUDGE...........................: STEWART
DATE SENTENCED/PROBATION IMPOSED: 05-25-1977
DATE WARRANT ISSUED.............: N/A
5H   DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 06-16-1977
HOW COMMITTED...................: DC SUPERIOR COURT COMT



G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23  *       SENTENCE MONITORING        *       03-29-2005
PAGE 004                *       COMPUTATION DATA           *       11:39:19
                                AS OF 12-22-1991

REGNO..: 36688-118 NAME: BOLING, OLIVER M


PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 695
OFF/CHG: PRISON BREACH

   SENTENCE PROCEDURE.............: DC CODE ADULT
   SENTENCE IMPOSED/TIME TO SERVE.:      3 YEARS
   MINIMUM TERM...................:      1 YEARS
   RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER...: CONSECUTIVE

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ---------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 96584-75
JUDGE...........................: STEWART
DATE SENTENCED/PROBATION IMPOSED: 05-25-1977
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 06-16-1977
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00




G0002        MORE PAGES TO FOLLOW . . .
```

```
 5H     PAR8H    540*23  *        SENTENCE MONITORING         *      03-29-2005
PAGE 005            *             COMPUTATION DATA            *      11:39:19
                                  AS OF 12-22-1991

REGNO..: 36688-118 NAME: BOLING, OLIVER M


-----------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  641
OFF/CHG: PETIT LARCENY

   SENTENCE PROCEDURE.............: DC CODE ADULT
   SENTENCE IMPOSED/TIME TO SERVE.:     6 MONTHS
   RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER...: CONSECUTIVE

------------------------PRIOR JUDGMENT/WARRANT NO: 040 --------------------------
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F204-84
JUDGE...........................: RYAN
DATE SENTENCED/PROBATION IMPOSED: 10-30-1985
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 12-11-1985
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
                      FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $40.00           $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-----------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  644
OFF/CHG: ARMED ROBBERY

   SENTENCE PROCEDURE.............: DC CODE ADULT
   SENTENCE IMPOSED/TIME TO SERVE.:    48 YEARS
   MINIMUM TERM...................:    16 YEARS
   RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER...: CONSECUTIVE




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23  *       SENTENCE MONITORING         *      03-29-2005
PAGE 006          *             COMPUTATION DATA            *      11:39:19
                                AS OF 12-22-1991

REGNO..: 36688-118 NAME: BOLING, OLIVER M


-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-12-1990 AT LOM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010, 030 010, 040 010

DATE COMPUTATION BEGAN..........: 05-25-1977
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 50
TOTAL TERM IN EFFECT............:   71 YEARS        6 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   71 YEARS        6 MONTHS
AGGREGATED MINIMUM TERM.........:   23 YEARS        8 MONTHS

JAIL CREDIT.....................:  FROM DATE       THRU DATE
                                   09-08-1975      09-25-1975
                                   11-04-1975      06-18-1976
                                   07-19-1976      05-24-1977

INOPERATIVE TIME........:  REASON  FROM DATE       THRU DATE
                           ESCAPE  11-29-1983      01-09-1984

TOTAL JAIL CREDIT TIME..........: 556
TOTAL INOPERATIVE TIME..........: 42
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 8580
PAROLE ELIGIBILITY..............: 06-02-2000
STATUTORY RELEASE DATE..........: 01-01-2024
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 12-31-2046
EXPIRATION FULL TERM DATE.......: 06-29-2047




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23 *        SENTENCE MONITORING            *      03-29-2005
PAGE 007 OF 007 *               COMPUTATION DATA               *      11:39:19
                                AS OF 12-22-1991

REGNO..: 36688-118 NAME: BOLING, OLIVER M


NEXT PAROLE HEARING DATE........: 06-02-2000
TYPE OF HEARING.................: INITIAL

ACTUAL SATISFACTION DATE........: 12-22-1991
ACTUAL SATISFACTION METHOD......: STATE PRIS
ACTUAL SATISFACTION FACILITY....: LOM
ACTUAL SATISFACTION KEYED BY....: SJL

DAYS REMAINING..................: 20278
FINAL PUBLIC LAW DAYS...........: 0




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```