GOVERNMENT OF THE DISTRICT OF COLUMBIA 

DISTRICT OF COLUMBIA BOARD OF PAROLE
300 INDIANA AVENUE N.W., SUITE 2100
WASHINGTON, DC 20001
(202) 727-0074

# CERTIFICATE OF PAROLE

### ADULT SENTENCE
### AP-22142-99

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that **BOLING, OLIVER, D.C.D.C. #166-863** is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on

**FEBRUARY 16, 1999**, and that said person remain under supervision within the limits of the **WASHINGTON METROPOLITAN AREA** (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia) until **JUNE 29, 2047**; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE. Pursuant to the BOARD ORDER issued on **JULY 27, 1998**

The above-named was released on the

_____ day of _____,19____.

_____
Administrator

_____
Chairperson
on behalf of the Board of Parole

