# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY DIVISION - DOMESTIC RELATIONS BRANCH

Lynn M. Boling, Petitioner,

A TRUE COPY
4-20-99
Clerk, Superior Court of the District of Columbia
By _____ Deputy Clerk

v.   No. 99 IF 824

Oliver M. Boling, Respondent.

## TEMPORARY PROTECTION ORDER

Upon consideration of the petition filed in this case, the Court finds that the safety or welfare of Petitioner and/or a family member is endangered by Respondent within the meaning of D.C. Code §16-1004(d) (1989). Therefore: IT IS HEREBY ORDERED that for a period of __14__ days from the date of this Order, Respondent shall observe the following conditions:

[X] Respondent shall not assault, threaten, harass, or physically abuse Petitioner or her/his child(ren) in any manner.

[X] Respondent shall stay at least 100 feet away from petitioner's: [X] person; [X] home; [X] work place; [ ] children's school/daycare; [ ] other: _____

[X] Respondent shall not contact Petitioner in any manner, including but not limited to: [X] by telephone; [X] in writing; [X] in any other manner, either directly or through a third party.

[ ] Temporary custody of the following minor children is awarded to: [ ] Petitioner; [ ] Respondent, until further order of this Court or the expiration date of this order.
(name/date of birth): _____

[ ] Respondent shall vacate the residence at: _____
on or before: _____, 19____, and turn over all keys to the residence to Petitioner.

[X] The Metropolitan Police Department shall stand by to: [ ] prevent violence while the Respondent vacates the residence; [ ] retrieve Petitioner's keys from Respondent; [X] assist with service of process upon the Respondent and complete the return of service forms.

[X] Other: Police officer shall escort Pet. Lynne to 3636 16 St NW Apt 885

**ANY AND EVERY FAILURE TO COMPLY WITH THIS ORDER IS PUNISHABLE AS CRIMINAL CONTEMPT AND/OR AS A CRIMINAL MISDEMEANOR AND MAY RESULT IN IMPRISONMENT FOR UP TO SIX MONTHS, A FINE OF UP TO $1,000, OR BOTH**

4-1-99
Date                                        Judge

THIS ORDER IS HEREBY EXTENDED FROM (today's date): _____, 19____,
TO _____, 19____.

Date                                        Judge

Form FD(3)-778/Mar 96
WHITE - COURT RECORD   GREEN - RESPONDENT   CANARY - PETITIONER/ATTORNEY   PINK - METROPOLITAN POLICE DEPARTMENT
GOLDENROD - SOCIAL SERVICES DIVISION