

GOVERNMENT OF THE DISTRICT OF COLUMBIA
District of Columbia Board of Parole
300 Indiana Avenue NW, 2nd Floor
Washington, DC 20001

## STATEMENT OF ALLEGED PAROLE VIOLATIONS

Date: April 5, 1999

PAROLEE: Oliver Boling          DCDC #: 166-863

ALIAS (ES): Alvin Boling, John Johnson   PDID #: 229-182

          Carl Johnson          FBI #: 378976H

LAST KNOWN ADDRESS: 3636 16th Street NW   DOB: 4-16-54

#B865 Washington, DC 20001          RACE: Blk   SEX: M

HGT: 6'0"   WT: 225   EYES: Brn   HAIR: Blk   COMPLEXION: Dark

IDENTIFYING SCARS/MARKS: _____

SENTENCE TYPE: _X_ Adult  __ YRA  __ FYCA  __ YRA & Adult  __ FYCA & Adult

__ Subject is at large    _X_ Subject is confined in D.C. Jail

PAROLE OFFICER: Eric Mays          PAROLE UNIT: SSU

The parolee identified above is alleged to have committed the following violation(s) of parole:

1. Mr. Boling is being cited for using a deadly weapon (cane) to strike his wife, Lynn Boling, on March 31, 1999. Subject was charged with assault as a result of this incident and taken into custody here in the District of Columbia on 4-2-99. (0505)

2. Mr. Boling failed to obey all laws after being arrested here in the District of Columbia on the charge of Assault with a Deadly Weapon, case no: M-3741-99B, on 4-2-99. The ADW offense was nollo here in D.C. Superior Court following his arraignment on 4-2-99. Subject was released on his own personal recognizance in regards to the Assault-Domestic case, and ordered to appear for a status hearing on April 20, 1999. (0901)