## DISTRICT OF COLUMBIA BOARD OF PAROLE

**WARRANT**      NUMBER: PE-35187-99

W.N.# -W 0100773

TO: Any Officer of the D.C. Department of Corrections. Any Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: **NAME**: BOLING, OLIVER M    SSN# 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
**ALIAS**: BOLING, ALVIN ERRAN    DCDC# 166-863
JOHNSON, JOHN    PDID# 229182
JOHNSON, CARL; BEY, JOHN    FBI# 378976H
DOB: 04/16/1954
SEX: MALE

EXEC'it 2/7/00
CDF INTAKE
JTF/MPD REPT.    PV F.S.
REC'D: 2/7/00

**DISTINGUISHING MARKS**: ADDTL DOB: 3/22/52
RACE: BLACK
EYES: BROWN
**SENTENCE TYPE**: ADULT
HAIR: BLACK
HEIGHT: 6 ft 0 in
**PAROLE OFFICER**: MAYS, ERIC
WEIGHT: 140 lbs
COMPLEXION:

**LAST KNOWN ADDRESS**: 3636 16TH ST. APT. B865, NW
WASHINGTON, DC 20001

**SUBJECT'S LOCATION**: At large  X    Confined in _____

Whereas the above-named person is under sentence in the District of Columbia for the crime(s) of ARMED ROBBERY, ARMED ROBBERY, PRISON BREACH, SODOMY, ADW, PETTY LARCENY and was on the 16TH OF FEB., 99 released on parole from the EFEC,
And whereas reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this 13th day of April 1999



_____
Member, D.C. Board of Parole



* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19___
and the person named MUST NOT be held beyond that time.