

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**District of Columbia Board of Parole**
**300 Indiana Avenue NW, 2nd Floor**
**Washington, DC 20001**



99 APR 20 AM 10: 44

# STATEMENT OF ALLEGED PAROLE VIOLATIONS

**Date:** 4/16/99

**PAROLEE:** Boling, Oliver          **DCDC #** 166-863

**ALIAS (ES):** Alvin Boling, John Johnson     **PDID #** 229-182

         Carl Johnson          **FBI #** 378976H

**LAST KNOWN ADDRESS:** 53-53rd Street, SE     **DOB:** 4-16-54

Washington, DC 20019          **RACE:** Blk   **SEX:** M

**HGT:** 6'0"  **WT:** 225  **EYES:** Brn   **HAIR:** Blk   **COMPLEXION:** Dark

**IDENTIFYING SCARS/MARKS:** _____

**SENTENCE TYPE:** _X_ Adult __YRA __FYCA __YRA & Adult __FYCA & Adult

___ Subject is at large  ___ Subject is confined in West Hartford, Conn.

**PAROLE OFFICER:** Eric Mays          **PAROLE UNIT:** SSU

**The parolee identified above is alleged to have committed the following violation(s) of parole:**

1. Mr. Boling traveled out of limits without approval as evidence by his arrest in West Hartford, Connecticut, on April 10, 1999. Subject last reported to this office to return his police registration form on April 9, 1999. (0201)

2. Mr. Boling failed to obey all laws as evidence by his arrest for Criminal Trespass, Disorderly Conduct, and Stalking 2nd Degree in West Hartford, Connecticut, on April 10, 1999. He is currently being held on a $5000.00 bond. (0901)

3. Mr. Boling failed to obey all laws as evidence by his arrest for Criminal Trespass and Stalking 2ns Degree in regards to his estranged wife, Lynn Boling, in West Hartford, Connecticut. Mrs. Boling filed a civil protection order, docket number:99ISF 824, in the Superior Court for the District of Columbia Family Division on April 1, 1999. (0901)