APR-13-1999 18:20                                                          202 307 3228    P.05/10

# CASE REPORT (Page 2)

INCIDENT REPORT NUMBER: 99010011

PROPERTY DAMAGE: _____  TOTAL PROPERTY STOLEN: _____

| TYPE | SFX | PROPERTY TYPE | BRAND | MODEL | SERIAL # OR OWNER APPLIED # | DESCRIPTION | VALUE | LOCATION | EVIDENCE |
|------|-----|---------------|-------|-------|------------------------------|-------------|-------|----------|----------|
| R | | Car Key | Ford | | | Car key belonging to VA Reg #YYT1920, Ford Contour. | | Evidence Room | ☐ DESTROY ☐ TEST ☑ HOLD |
| O | | | | | | | | | ☐ DESTROY ☐ TEST ☐ HOLD |

| TYPE | SFX | REG # | ST | VEHICLE ID NUMBER | YEAR | MAKE | MODEL | STYLE | COLOR | ADDED DESCRIPTION | VALUE | LOCATION |
|------|-----|-------|-----|-------------------|------|------|-------|-------|-------|-------------------|-------|----------|
| O | | YZ272T | CT | 2G1AN35HXD1224157 | 83 | Chev | Caprice | SW | Red | | | |

On this date and time, the writer arrested Mr. Oliver Bolling for stalking his estranged wife, Lynn Bolling, who recently moved to CT to take refuge with her sister, Sandy Shield, at her house at 82 Vera St., W. Hfrd, CT.

Some background: Oliver and Lynn Bolling were married about 10 years ago in Washington DC where they both resided, and while Mr. Bolling was in between serving lengthy sentences in prison for various offenses including armed robbery, sodomy, escape, and narcotics; see attached copy of his "rap" sheet. Recently, on 3/30/99, Lynn Bolling reported to the Washington DC police that she was seriously assaulted by Oliver. The DC police arrested Oliver for the charges; see attached typed statement/diary by Lynn Boling. She said she was so concerned after this for her safety that she fled to Connecticut to stay with her sister, Sandy Shield, at 82 Vera St. Lynn stated Oliver told her after the assault, that if she ever went to the police, he would kill her, and he would also come up to CT and kill the rest of her family. Upon her arrival in CT, she made a first report with the West Hartford Police on 4/3/99, Case #99018712, in which she detailed her fears; see attached copy. On 4/4/99, the

OFFICER'S SIGNATURE: [signature]                      DATE: 4/10/99

REVIEWED BY: _____                              DATE: _____

Subscribed and sworn to before me this 10 day of April, 19 99
[signature] West Hartford Police Department



## Case Report Narrative

West Hartford Police Department
103 Raymond Road
West Hartford, Connecticut 06107
(203) 523-5203

INCIDENT REPORT # 99018011

writer met with Lynn Boling and discussed her concerns, with her and we discussed what she should do if he showed up. I promised that we would provide as much extra attention to her house as possible during all of our regular patrols. E.A. for this residence was listed on the police blotter and given out at roll calls. I felt that she genuinely feared for her life as well as her relatives considering Mr. Boling's past history. I could also see signs of recent injury to Lynn Boling's face that were consistent with the beatings she said she took from Oliver on 3/30/99.

On 4/6/99, this department and Lynn Boling received from the Superior Court of the District of Columbia, copies of a "Protective Order" barring Oliver from going near or having contact with Lynn; see copy attached. This order had been served on Oliver Boling, 4/6/99.

On this date, 4/10/99, at about 1000 hrs, only about a half hour after I had driven by and visually checked the residence at 82 Vera St., a 911 call was received by WHPD ERC Dispatchers from Lynn Boling that Oliver Boling was in the area and was on his way over to 82 Vera St. Enroute to that address, we then received information that he had arrived there, with no further information available until our arrival. When we got there, we learned that Boling was exiting the area, going west on Vera St. in a taxi. A taxi, CT Reg# T72272T, operated by a Sumner Lewis, was stopped on Vera St. near Troutbrook Dr., and I recognized Boling in the back seat from a photo I had seen of him. He was immediately ordered out of the cab and handcuffed for officer safety and detained for investigation. At this point it was learned:

1. That Oliver Boling had arrived by cab, gone to the front door and knocked several times. Lynn did not answer, knowing it was him, and she was frightened. He then went back to the cab, and it drove away.

2. That shortly before this, Oliver had first gone by cab to Honey's Haven, a dog grooming shop in W. Hfd, where one of Lynn Boling's sisters works, namely, Jan Gustafson. According to Jan G., Oliver had been calling her phone machine all week long trying to get information about Lynn. Jan returned none of his calls. Today, uninvited, he came to the shop, and said he wanted to see Lynn. Jan informed him that,

Page 3 of 5

OFFICER'S SIGNATURE: [signature]  DATE: 4/10/99

REVIEWED BY: [signature]  DATE:

Subscribed and sworn to before me this 10 day of April, 1999
[signature]
West Hartford Police Department

APR-13-1999  18:20                                              202 307 3228    P.07/10

**West Hartford Police Department**
103 Raymond Road
West Hartford, Connecticut 06107
(203) 523-5203

INCIDENT REPORT #: 99018011

Written Scott

## Case Report Narrative

"Oliver, you know you better not go near her because of the Protective Order. Oliver said he would anyway because she was his wife. Oliver was transported to HQ and arrested on the following charges:

1. 53a-107, Criminal Trespass 1st (one count); for going onto the property at 82 Vera St. to see his wife after being warned not to by Jan Gustafson, and knowing he was not supposed to go near her in the first place.

2. 53a-182, Disorderly Conduct, (one count); for the annoyance and instilling fear in Lynn Boiling by coming all the way from Washington DC without invite and searching her out after his threatening remarks and violent conduct in Washington DC.

3. 53a-181d, Stalking 2nd Degree (one count); for following Lynn all the way from Wash. DC, pursuing her through repeated unwanted tel. calls to her and her sister, Jan, and going to Lynn's place of stay to contact her personally-all without invite, and after instilling fear in the mind of Lynn. Boiling through his threats against her and her family, and his recent violent conduct with her.

Writer read Boiling his Miranda warning which he understood. He declined an attorney, and he talked about why he came to CT; He said he came here solely to read the bible with Jan Gustafson, not to see Lynn. I advised him that he must not have any further contact with Lynn, Jan, or the rest of the family upon their request, by phone, mail, in person.

Oliver was held on a $5000.00 bond. While being processed, he was allowed numerous phone calls to arrange for bond. Unknown at the time to this writer, during one call, he tried to call Lynn after my warnings about not contacting her. She had called the front desk saying he had called her but she had hung up on him. His phone call privileges were then terminated. Writer is also to arrange for Writer contacted the Superior Court, District of Columbia and made notification regarding Mr. Boilings arrest. Writer is also to arrange for notification of the Wash. DC. parole board since Oliver is on parole.

Page 4 of 5

OFFICER'S SIGNATURE: [signature]        DATE: 4/10/89

REVIEWED BY: [signature]                 DATE:

Subscribed and sworn to before me, this 10 day of April, 19 99
[signature]
West Hartford Police Department

APR-13-1999  18:21                                                                 202 307 3228   P.08/10

## INCIDENT NARRATIVE

**West Hartford Police Department**
103 Raymond Road
West Hartford, Connecticut 06107
(860) 523-5203

INCIDENT REPORT #: 99018011

Lynn Boling said that Oliver still had the key to her Ford Contour, and that she would like it returned. I inquired of Oliver about the key and he said it was "theirs" since they were married. I looked through his personal belongings upon prisoner inventory, and found the key in question. I ran the VA registration to the Ford Contour and it comes back with Lynn Boling as the owner, with no mention of Oliver. Therefore, I asked Lt. Casey about this and he recommended inventorying the key, placing it in the property room, and asking that GA16 make a determination as to its proper owner. This was done, and the writer requests GA16 to determine the key's disposition.

No further action at this time.

Page 5 of 5

OFFICER'S SIGNATURE: [signature]    DATE: 4/13/99

REVIEWED BY: [signature]    DATE:

Subscribed and sworn to before me this 10 day of April, 19 99

[signature]
West Hartford Police Department

99016711

STATEMENT BY LYNN BOLING

3-30-99-Tuesday around 8p.m. After returning from Haines Point, we had sex and Oliver began afterwards to accuse me of being bi-sexual; of lying to him about "the guy" at the laundromat and having an affair with "that guy" (Joe Garnett). He slapped me about the face, pulled my hair(twisting my upper body around and wrenching my neck). He punched me in the chest, stomach, ribs and kidney area (left side), sat on top of me with his knees holding my arms back, put a pillow over my face and pushed it back and forth really hard on my face repeatedly. He said he would pull my hair out small clumps at a time and began to pull it.(Later when I brushed my hair, alot of hair came out in the brush). He stood up and stomped and kicked me with his bare feet. All the while he was saying things like, "You're a lying motherfucker. I know you had sex with that guy. I hate you. I'll kill you." This all took place in the bedroom.

3-31-99-Wednesday around 7p.m. After I fixed his favorite meal that he requested, he said he'd do the dishes. A minute later he started to say, "I know you've been fuckin' with "that guy". He has Thursdays and Fridays off and on those days you always have drainage in your panties. I've been taking your panties out of the laundry bag and checking them everyday for the past three weeks." I told him that I hadn't noted any particular day that happened and he ordered me to do the dishes. I started washing the dishes and saw in the mirror that he had two canes in his hands. He put one down and took the heavier one and beat the back of my thighs and buttocks two or three times. He called me a dirty bitch as he beat me. I pleaded with him to stop it. He told me to shut up and that I had ten minutes to do the dishes. This went on for approximately a half hour. He'd beat me with the cane two or three times, calling me names, sit back down in the diningroom chair and watch me, then get up to repeat the same action telling me how much time I had to finish the dishes. He also hit my wrist and forearm as I raised it one time to protect him from hitting my head with the cane. Each time I'd turn and plead with him but he'd smile and tell me to shut up.

4-1-99 Thursday about 6:30a.m. I dropped Oliver off at work and went to the police station (4th district) and spoke with Detective Gaither. He took a report and had a female officer take pictures of my injuries. Then I was directed to the Domestic Violence Victim Advocacy Project at the courthouse and spent the day there while a warrant for my husband was being processed. I felt I couldn't take it anymore and the next time he would kill me. I was put in a sheltered place for the night. Oliver had been ringing my cell phone all day and night and the next morning so I figured he was at home (except for one call he was somewhere else) because our phone number doesn't show up on the cell phone.

4-2-99-Friday around 9a.m. The police arrested Oliver. I got a police escort to our apartment where I looked for the canes but my husband apparently had disposed of them because they weren't there. Detective Gaither took pictures of our home and left. I packed up some things, made some phone calls and by 3p.m. I was headed for my sister's home in Connecticut. I arrived there at 10:35p.m. My sister, Sandy, informed me that Oliver had been calling all day-sometimes leaving messages and sometimes just hanging up. She spoke with him once and said that I had called and left a message on her machine but hadn't gotten back to her.

4-3-99 Saturday a.m. My brother-in-law took me to the West Hartford police station. Oliver has called several times this morning; a couple of times telling Sandy to call him and other times hanging up. I gave a photo of Oliver to copy as well as a copy of the TPO to Officer Schiffer #221 and told him what was happening; also that I was afraid Oliver would come up here to kill all of us because he had previously threatened to do so. He wrote a report under case # 99016712. We then went to the Bloomfield police and I spoke with Officer Alvin Schwapp to protect my other sister Jan. He took Oliver's photo and a report was written by him under case #99-06653. (Oliver had called Jan on Friday night and asked if she had spoken with me. She said she hadn't.) When we returned home my brother-in-law made a video tape recording of me standing next to the phone listening to the phone messages. My sister also took

photos of my injuries with her camera.
Saturday p.m.-Kevin, my son, called and said Oliver called him on Thursday all day long every 20 minutes. Kevin called him back upon returning from work on Thursday to find out what was happening. Oliver told him...."You know how it is in a relationship. People get a little emotional..but she's alright." He asked if Kevin had heard from me. Kevin called Oliver back to get Sandy's phone number. Kevin then called me and I told him what happened. Kevin called Oliver to get Jan's number and Oliver asked if he had just spoken with me because he had called Kevin's number and Sandy's number and they were both busy at the same time. Kevin told him he had just left a message on Sandy's machine. Oliver said that when Kevin talks to me to tell him. He said, "Tell her to contact me. We need to talk. She would feel much better if we talked."
Saturday evening around 8p.m. I called Kevin. Kevin said Oliver called again and told him, "Talk to your mother and try to reason with her. You know how it is in a relationship. She'll be back because she signed a lease for a year and you can't just break a lease like that. Call me as soon as you talk." My concern stems not only for the violent attacks against me on numerous occasions but also because Oliver has said at many times, "If you ever betray me by going to the police, I will kill you. No matter where you go, I'll find you and kill you." He's also said that he'd kill all my family on at least two occasions. Since we've been living together (February '99), he'll follow me around the apartment, peek around corners at me or will call me into the bedroom to ask what I'm doing if I stay away from him for more than a few minutes. Since he went into the halfway house in November, he's come down to my job questioning my co-workers about my character, asking if I'd been "messing" with anyone and how I carried myself. He's questioned me relentlessly over and over about people and things that happened at work during the six and a half period I've been there; demanding me to remember the smallest details and has gotten irate if I couldn't remember. He demanded the names of everyone who ever called me "Baby" even though I may have corrected them and said it was my fault because I acted like a whore, flaunting myself around and that I probably "sucked every dick" at work; calling me a white freak bitch.
4-4-99 Sunday around 8a.m. Four police cruisers came to the house to check out my car with the Virginia plates because they thought it might be Oliver that came up from D.C. They said they'd keep a close eye on the house, took some information and left.
11:10a.m. The phone rang and caller hung up without leaving a message.
11:41a.m. Oliver called and left message for Sandy to call him at his father's house.
7:18p.m. Oliver called and left a message for Sandy to tell me there was a check for me and to call him at his father's house. Also to tell me that he loves me.
4-5-99 Monday 1:56a.m. Oliver left a message-"Drop the charges."
4-6-99 Tuesday Oliver called, his brother Alvin called. Oliver called twice more.
4-7-99 Wednesday 6:05a.m. Oliver called and sent flowers.
4-8-99 Thursday Got copies of the police reports, went to the doctor's for the pain in my left side and obtained a copy of P.A.'s notes. No word from Oliver.