

# State of Connecticut
### DIVISION OF CRIMINAL JUSTICE

OFFICE OF THE STATE'S ATTORNEY
JUDICIAL DISTRICT OF HARTFORD / NEW BRITAIN

JAMES E. THOMAS
STATE'S ATTORNEY

101 LAFAYETTE ST.
HARTFORD, CT 06106
TELEPHONE:
☐ PART A 566-3190
☐ PART B 566-5996

February 17, 2000

Diedre Smith
U.S. Attorney's Office
555 Fourth NW
Room 4443
Washington, D.C. 20001

Dear Ms. Smith,

  Per our telephone conversation of Febraury 15th I am writing to confirm that on December 9, 1999, Oliver Boling was convicted in G.A. 14, Hartford, CT, of two counts of Criminal Violation of a Protective Order, a class A misdemeanor carrying a maximum of one year in jail for each count, under docket number H14H-CR99-535194 and received a sentence of time served. Additionally, on January 11, 2000 he was convicted in G.A. 16, West Hartford, CT, of one count of Disorderly Conduct under docket number H16W-CR99-98630 and one count of Criminal Violation of a Protective Order under docket number H16W-CR99-98840 and was sentenced to time served. As part of the West Hartford plea agreement, the state entered nolles to charges of Stalking in the Second Degree and Criminal Trespass.
  With respect to the Hartford matter, I can represent that this plea was arrived at based on the understanding that Mr. Boling faces substantial exposure to incarceration in Washington based on his parole status.
  I have enclosed a copy of the West Hartford police report and have requested certified copies of his convictions from the state record center which will be forwarded to you has soon as they become available. If I can be of any further assistance please contact me at 860 566-5996.

Sincerely,

Thomas R. Garcia
Assistant State's Attorney