# DISTRICT OF COLUMBIA BOARD OF PAROLE
## PAROLE DETERMINATION RECORD
### RESCHEDULED HEARING

RE: __Boling, Oliver__        __166-863__    __229-182__
   Subject's Name              DCDC#         PDID#

BIRTHDATE: __4/16/54__    STATUS:  ☐ Youth Act  ☒ Adult

LOCATION: __D.C. Jail__   NEW CONSIDERATION DATE: __6/30/00__

TYPE OF CONSIDERATION:     __H0006-0252__
                           New BOP Docket #

   ☐ Initial

   ☐ Reconsideration

   ☐ Rescission

   ☒ Revocation--Warrant

   ☐ Revocation--Order to Appear

   ☐ Reparole Consideration

   ☐ Reparole Reconsideration

ANALYST: __Carol Fleming/Peggy Kirk__ PREPARED: May 1, 2000

HEARING OFFICIALS: __Priscilla Miller__

SUPERVISION REPRESENTATIVE: __Eric May__

ATTORNEY: __Michael Goodman__

WITNESSES: __Robert Stewart, Super DPW__

OTHERS PRESENT: _____

☐ NO DISPOSITION, REASON: _____

   ☐ Reschedule        ☐ Do Not Reschedule

PDS.210 11/16/94



Tape _____ at _____

# DISTRICT OF COLUMBIA BOARD OF PAROLE
## PAROLE DETERMINATION RECORD
## RESCHEDULED HEARING

RE: __Boling, Oliver__          __166-863__     __229-182__
     Subject's Name              DCDC#          PDID#

BIRTHDATE: __4-6-54__      STATUS:  ☐ Youth Act   ☑ Adult

LOCATION: __CDF__          NEW CONSIDERATION DATE: __5/23/00__

                           __DOWS-0074__
                           New BOP Docket #

TYPE OF CONSIDERATION:

☐ Initial

☐ Reconsideration

☐ Rescission

☑ Revocation--Warrant

☐ Revocation--Order to Appear

☐ Reparole Consideration

☐ Reparole Reconsideration


ANALYST: _____  PREPARED: May 10, 2000

HEARING OFFICIALS: __Knsson_____

SUPERVISION REPRESENTATIVE: _____

ATTORNEY: _____

WITNESSES: _____

OTHERS PRESENT: _____

☐   NO DISPOSITION, REASON: _____

    ☐   Reschedule          ☐   Do Not Reschedule


PDS.210 11/16/94

## DISTRICT OF COLUMBIA BOARD OF PAROLE
## PAROLE DETERMINATION RECORD
## REVOCATION HEARING

RE: Bowling, Oliver   DCDC#: 166863   PDID#: 229182

BIRTHDATE: 4-16-54   BOP DOCKET #: 40003-0035

LOCATION: Jail   CONSIDERATION DATE: 3-17-00

OFFENDER STATUS: ☐ Youth Act  ☒ Adult

PAROLE OFFICER: Eric Mays   UNIT: 554

☐ Order to Appear--Issued: _____   Served: _____

☐ Warrant--Issued: 4-13-99  Executed: 2-7-00  Served: 3-3-00

ANALYST: RC   PREPARATION DATE: 3-15-00

HEARING OFFICIALS: W. Harson

SUPERVISION REPRESENTATIVE: _____

ATTORNEY: _____

WITNESSES: _____

OTHERS PRESENT: _____

☐ HEARING NOT HELD, REASON: _____

  ☐ Reschedule By _____   ☐ Do Not Reschedule

OFFENSES ON WHICH CURRENT SENTENCE IS BASED: Armed Robbery 8-24 yrs; Armed Robbery 8-24 yrs.

PENDING CASES: _____

### POST HEARING QUALITY ASSURANCE

ANALYST: _____   DATE: _____

1

RE: Boling, Otis       DCDC#: 166863   PDID#: 227183

|  | IF NOT REVOKED | IF REVOKED |
|---|---|---|
| FULL TERM DATE: | 6-29-47 | 6-20-48 |
| MANDATORY RELEASE DATE: | 1-1-24 | 7-30-32 |

DATE ORIGINAL SENTENCE BEGAN: 10-30-85 (2 Cts)

PAROLE RELEASES THIS SENTENCE: 2-16-99

LAST PAROLE WAS: ☐ Mandatory ☑ Discretionary ☐ Reparole

SPECIAL CONDITIONS: OPOP, US Intensive Super.

DETAINERS OR CONSECUTIVE SENTENCES: NA

FACTS OF NEW CRIMINAL OFFENSES: On 3-31-99 and 4-1-99 Subj was in an altercation with his wife/victim and assaulted her with a walking cane; and also with his fists.

HO: _____

2

RE: Boling, [illegible]    DCDC# 166-863   PDID#: 229-182

**PERFORMANCE DURING LAST RELEASE ON PAROLE:** First release. Subject was arrested in DC for assaulting his wife. He then followed her to the State of Connecticut where he incurred additional charges in regard to stalking his wife. He also violated his "STAY AWAY" order issued by

HO: DC Superior Ct.

**PERFORMANCE UNDER ANY PREVIOUS COMMUNITY SUPERVISION:** Prior offense of a sodomy arrest in 1975. Subject escaped from the halfway house twice + ea. time he returned with additional violent offenses.

### ANALYST'S REMARKS

119 arrests since 1970 for Robbery, Murder, Larceny and ADW. 5 convictions. No mental health history. Drug use include heroin and cocaine.

* Refer to letter from Deadre Smith, Victim Advocate, Office of US Atty. dated 2/25/00.

### SETOFF GUIDELINE RECOMMENDATIONS

| | |
|---|---|
| **Noncriminal Violation** | |
| less than 5 yrs remain | within 6 mos. |
| 5 or more years remain | within 6-9 mos. |
| **Misdemeanor Charge or Conviction** | |
| less than 5 yrs remain | within 6-9 mos. |
| 5 or more years remain | within 9-15 mos. |
| **Felony Charge or Conviction** | |
| less than 5 yrs remain | within 9-15 mos. |
| 5 or more years remain | within 15-24 mos. |

3

## NATURE AND NUMBER OF VIOLATIONS ALLEGED

____  1. Failure to report to Supervision immediately upon release.

1  2. Travel without approval from Parole Officer.

____  3. Visit to illegal establishment, including where alcoholic beverages are illegally sold, dispensed, or used.

____  4. Illegal possession, use, sale, or purchase of any narcotic drug, controlled substance, or related paraphernalia, or visit to place where any such item is illegally sold, dispensed, used, or given away.

1  5. Ownership, possession, use, sale, or control of any deadly weapon or firearm.

____  6. Less than diligent efforts to find and maintain legitimate employment; support of self and legal dependents not commensurate with ability.

____  7. Failure to keep Parole Officer informed of place of residence and work, or to notify of loss of employment or change in residence.

____  8. Agreement to act as informer or agent for any law enforcement agency.

3  9. Failure to obey laws, or to report at the earliest opportunity any arrest or other involvement with law enforcement officials.

____ 10. Failure to cooperate with Board and Supervision, to carry out Parole Officer's instructions, or to report as directed, knowing that such failure may cause re-incarceration by the Board.

____ 11. Failure to abide by special conditions: _____

5  TOTAL NUMBER OF ALLEGATIONS

## REVIEW OF RIGHTS

☑ Subject was advised of procedural rights and understood them.
☑ Subject elected to proceed with hearing.
☐ Subject requested postponement of hearing.
☐ Subject waived hearing and completed Waiver of Revocation Hearing form.

PDS.202 11/16/94                     4

Allegation # 1.: Subject committed a ☒ noncriminal ☐ criminal violation of Parole Condition # 505 by the following alleged conduct on or about ____ 199_: Used a deadly weapon (cane) to strike his wife, on March 31, 1999. Subject was charged with assault on 4-2-99

Evidence: ☐ Police Report  ☐ Field Sheet  ☐ Other: ____

Case # M-3741-99 B    Status: 4/2/99 - Nolle - Dismissed for Want of Prosecution

| Findings of Fact | Evidence |
|---|---|
| Denies | Compl. didn't show & case was dismissed.<br>· 163 stated subj. assaulted his wife with 2 canes<br>· Letters from wife corroborated police report |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

Allegation # 2: Subject committed a ☐ noncriminal ☒ criminal violation of Parole Condition # _0901_ by the following alleged conduct on or about _____ 199__: Failed to obey all laws when arrested for assault with a deadly weapon on 4/2/99

Evidence: ☒ Police Report   ☐ Field Sheet   ☐ Other: _____
Case # M3741-99B   Status: 6-29-99 Dismissed for want of Prosecution

| Findings of Fact | Evidence |
|---|---|
| Denies | Compl. didn't show. Case dismissed. |
| | 163, Complainants statement + letter from office of the US Attorney-Victims Advocates Ofc are convincing evidence that an assault took place |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

Allegation #3.: Subject committed a ☒ noncriminal ☐ criminal violation of Parole Condition # 0201 by the following alleged conduct on or about _____ 199__: Traveled outside the limits of parole to Hartford Connecticut, on 4-10-99; without permission from P.O.

Evidence: ☐ Police Report   ☐ Field Sheet   ☒ Other: 2/25/00 letter from Deardre Smith, Victim advocate, US attorney office

Case # _____   Status: _____

| Findings of Fact | Evidence |
|---|---|
| Admits | Admission |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

Allegation #4: Subject committed a ☐ noncriminal ☒ criminal violation of Parole Condition # 0901 by the following alleged conduct on or about _____ 199_: Failed to obey all laws as evidenced by his arrest for Criminal Trespass, Disorderly Conduct, and Stalking 2nd Degree in West Hartford, Conn. on 4-10-99. Held on $5000 bond.

Evidence: ☐ Police Report    ☐ Field Sheet    ☐ Other: _____

Case # _____    Status: Sentenced to time served between 4/10/99 - 2/7/00 in Connecticut

| Findings of Fact | Evidence |
|---|---|
| Admits he shouldn't have gone to CT or tried to get in touch w/ wife. Says he was "lured there" by her relatives to set him up for arrest | New Conviction |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

Allegation # 1: Subject committed a ☐ noncriminal ☑ criminal violation of Parole Condition # 0901 by the following alleged conduct on or about _____ 199_: Failed to obey all laws as evidenced by his arrest for criminal trespass and stalking 2nd degree in regards to his estranged wife. Mrs. Boling filed a civil protection order on 4-1-99.

Evidence: ☐ Police Report    ☐ Field Sheet    ☐ Other: _____

Case # 99 ISF 824    Status: 12/9/99 - Convicted of 2 cts. of Crim. Violation of a Protection Order

| Findings of Fact | Evidence |
|---|---|
| Admits | Admission |

## CONCLUSION

☑ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

MITIGATING FACTORS: _____
_____
_____
_____
_____
_____
_____
_____

AGGRAVATING FACTORS: _____
_____
_____
_____
_____
_____
_____

OTHER CONSIDERATIONS: _____
_____
_____
_____
_____
_____
_____
_____
_____

Parole Plan Information: _____
_____

## HEARING OFFICIAL'S CONCLUSION

Violations Sustained:  # __505__   ☐ Noncriminal ☐ Misdemeanor ☐ Felony
                      # __901__   ☐ Noncriminal ☒ Misdemeanor ☐ Felony
                      # __301__   ☐ Noncriminal ☐ Misdemeanor ☐ Felony
                      # __901__   ☐ Noncriminal ☐ Misdemeanor ☐ Felony
                      # __901__   ☐ Noncriminal ☐ Misdemeanor ☐ Felony

Other: _____

Is Revocation Appropriate?   ☒ Yes   ☐ No

Is Reincaration Appropriate?   ☒ Yes   ☐ No

If Continued, is incarceration pending continuation appropriate?
                              ☐ Yes   ☐ No

Comments: Suty is an extremely dangerous person. His criminal history is replete with arrests & convictions that involve violence. He had just served 33 years, paroled & within 6 weeks had assaulted his wife, followed her to another jurisdiction disobeying a court order to stay away from her, stalked her & harassed her family, rearrested & convicted.

It appears from his record, that he has not been exposed to any mental health treatment. It also appears that after 33 years in jail, he was not prepared to reenter society.

Suty needs to be exposed to intensive therapy, both for sex offender and therapy to resolve his issues of the need to dominate. Before release, he needs to to get social skills to prepare him for return to community

## HEARING OFFICIAL'S RECOMMENDATION

DISPOSITION: Revoke parole cone viol.
Consider reparole by 3/7/03

Disposition Codes: RV-01-71   3-7-03

SPECIAL INSTRUCTIONS/CONDITIONS:
Code: 19  Psych eval & mental health program
Code: 21  Sex offender therapy (FCI Butner)
Others: 27 Anger management

Disposition is Inside Guidelines ☐ Yes ☒ No
Setoff is Inside Guidelines ☐ Yes ☒ No

COUNTERVAILING FACTOR CODES: 69  62  67

STAFF FOLLOW UP ACTIONS: Transfer to FCI Butner to receive appropriate mental health treatment

BY: Priscilla Miller         DATE: 6/30/00
    Hearing Official

CONCURRENCE: Based on examination of the relevant information in this case, the Board concurs with the disposition recommended by the Hearing Official, and hereby orders the issuance of the appropriate implementing documents.

Board Member: Margaret Quick         Date: 7/5/00
Board Member: Michael Green          Date: 7/5/00
Board Member: _____        Date: _____

NONCONCURRENCE--See Attached Form BOP.902

☐ Margaret Quick   ☐ Jasper Clay   ☐ Michael Green

PDS.202 11/16/94                13