


# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

**DCDC** 166-863      **NAME** OLIVER M BOLING

**DOB** 04/16/1954      **SSN** 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      **LOCATION** D.C. JAIL

**DOCKET** H0006-0252      **CONSIDERATION TYPE** H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATIONS;
CONSIDER FOR REPAROLE BY 02/07/2003

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

PSYCHOLOGICAL EVALUATION
SEX OFFENDER THERAPY
COMMUNIC/CONFLICT RESOLU

Remarks:

USED A DEADLY WEAPON
FAILED TO OBEY ALL LAWS
TRAVELED OUT OF LIMITS W/O APPROVAL
FAILED TO OBEY ALL LAWS
FAILED TO OBEY ALL LAWS

07/05/2000
Date

_(signature)_
Chairman
on behalf of the Board of Parole

Seal

NOA Date 7/10/00 by MB

[ Parole Determination
MAYS, Eric

