U.S. Department of Justice
U.S. Parole Commission



BOLING, OLIVER

36688-118    PR002212

Name ___

Register DC REHEARIN    LVNVLN 12/3/2003    Institution ___

In the case of the above-named, the Commission has carefully examined all the information at its disposal and the following action with regard to parole, parole status, or mandatory release status is hereby ordered:

Continue to a presumptive parole after the service of 72 months on 4/9/2005 with the special drug and mental health aftercare conditions.

Stephen D. Husch 12/3/03
K.L. Zinner 12/12/03
John R Simpson 12/17/2003
Kenneth Hutchee 12-18-03

Date ___

Date ___

DEC 19 2003

(Date Notice sent)    (Region-specify)

National Appeals Board _____ (check)

National Commissioners _____ (check)

Full Commission _____ (check)

PAROLE FORM H-6
APR. 83