

**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821  x 237
Facsimile: (301)492-5525

June 10, 2004

Cindy Ashman
Case Manager
Leavenworth USP
1300 Metropolitan
Leavenworth, KS 66048

Re:   **Boling, Oliver**
      **Reg. No. 36688-118**

Dear Mr. Boling:

The attached information is disclosable to the inmate. Please provide the inmate access to these documents as soon as possible upon their receipt at your institution and prior to the inmate's upcoming parole consideration. The inmate may not retain copies of any of these materials.

One document dated February 25, 2000 with attachments is being withheld from disclosure. A summary of this document pursuant to 28 C.F.R. § 2.55(c)(3) is provided as follows: Information describing abuse against Lynn Boling including threats to kill and information describing violation of the criminal stay-away order.

Once disclosure is complete, please have the inmate annotate the date of his or her review on this cover letter. Please maintain this correspondence and attached materials at the institution and provide it to the examiner for consideration at the inmate's parole hearing. Once the hearing has been completed, return this material to this office.

Sincerely,

Tiffanie C. Matheny
FOIA/PA Coordinator

Enclosures - 34 pages

M. Gray/Gray
CSWAb 6/24/2004

TCM — I reviewed these documents in the presence of case manager M. Gray on June 24, 2004 with the understanding that I will have a chance to rebut said material.

Oliver Boling
36688-118