U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

| Name: BOLING, Oliver | Institution: Leavenworth USP |
|---|---|
| Register Number: 36688-118 | |
| DCDC No: 166-863 | Date: October 6, 2004 |

In the case of the above-named, the following action was ordered:

Continue for disclosure of the victim's taped testimony. The disclosure of the tape along with the documents enclosed with the letter dated June 10, 2004, provides you with all of the documents to which you are entitled. There are not further documents to be disclosed for the upcoming hearing. This is your second continuance.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:  CSS Data Management Group
     D.C. Court Services & Offender Supervision Agency
     300 Indiana Avenue, N.W., Suite 2149
     Washington, D.C. 20001



Boling 36688-118                    -1-                    Clerk: ADC