**UNITED STATES GOVERNMENT**

# memorandum

UNITED STATES PENITENTIARY
LEAVENWORTH, KANSAS 66048

DATE: November 30, 2004

REPLY TO ATTN OF: Michael C. Gray, Case Manager
A Level 3

SUBJECT: BOLING, Oliver Reg. No. 36688-118

TO: Mr. Haworth, Parole Examiner

On the above date at 0740 a.m., inmate BOLING, Oliver Reg. No. 36688-118 refused to attend his Parole Hearing. I gave BOLING three opportunities to get dressed and ready himself to attend his Parole Hearing scheduled for November 30, 2004 at 0800 a.m.

BOLING stated "I am not going any place with you, I refuse to go with you". Inmate BOLING is housed in Administrative Detention and must be escorted in full restraints and a staff member must be in direct control of the inmate.

