U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: BOLING, Oliver  
Register Number: 36688-118  
DCDC No: 166-863

Institution : Leavenworth USP

Date       : January 5, 2005

---

As a result of the hearing conducted on November 30, 2004, the following action was ordered:

Void the Notice of Action dated December 19, 2003 as it relates to presumptive parole April 9, 2005 after the service of 72 months.

Continue to a 15-Year Reconsideration Date December 2018.

**REASONS:**

Retroactivity does not apply. Neither your recalculated severity rating (old Category **Five**; new Category **Five**) nor your recalculated salient factor risk category (old Category **Fair**, old score 5; new Category **Fair**, new score 5) is more favorable. This statement means that a finding has been made by the Parole Commission at your hearing that no regulatory or procedural changes have been made by the Parole Commission since your last hearing which would positively affect your case in terms of offense severity or salient factor scoring.

After review of all relevant factors and information presented, a decision above the guidelines is warranted as you are a more serious risk than indicated by the guidelines due to a prior history of felony violence as evidenced by your convictions for Sodomy and Assault With a Dangerous Weapon in 1975 and Armed Robbery in 1983. Your current violation behavior involved Assault with a cane on a female victim within 2 months of your release. Also, additional adverse information was found in your case file subsequent to your hearing on 12-03-2003, which shows the violent attacks on your former wife/victim were much more serious than previously thought. Your violation behavior is aggravated by testimony of your former wife to the commission on 07-13-2004 that you have threatened to kill her as well as her entire family. Further, the victim reports that you twice tried to strangle her and she believed you intended to murder her but due to her struggle, she was able to survive. The Commission believes that if you are released on this term you would pose a serious risk to the victim and her family.

In addition, you have also been scheduled for a review hearing during November 2006.

The above decision is not appealable.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group  
      D.C. Court Services & Offender Supervision Agency  
      300 Indiana Avenue, N.W., Suite 2070  
      Washington, D.C. 20001

---


Boling 36688-118                                    -1-                          Clerk:  ADC  
Queued: 01-05-2005 12:08:13 BOP-Leavenworth USP |

