| NAME: Oliver M. Boling | FILED SCRANTON MAY 0 5 2005 PER _____ DEPUTY CLERK |
| --- | --- |
| ADDRESS: United States Penitentiary Post office Box-1000 Lewisburg Pa. 17837 | |
| or PLACE OF CONFINEMENT & PRISON NUMBER Lewisburg /36688-118 Note: *If represented by an attorney, his name, address & telephone number* N/a Note: It is your responsibility to notify the Clerk of the Court, in writing of any change of address | 3: CV 05 0918 |

## United States District Court
### For the Middle District of Pennsylvania

| Oliver M. Boling | CASE NO: _____ |
| --- | --- |
| FULL NAME: (include name under which you were convicted) Petitioner, | (To be supplied by the clerk of the United States District Court) |
| vs. | |
| Warden J. Smith, U.S.P. Lewisburg, U.S. Parole Commission et;al NAME OF WARDEN (or other authorized person having custody of petitioner) Respondent. | PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY 28 U.S.C. § 2241 |

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 1 of 9



Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district cour .

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the

Middle District of Pennsylvania

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☐ a conviction
2. ☐ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☒ a parole problem
6. ☐ other

## PETITION

1. Place of confinement __U.S. Penitentiary-Lewisburg Pa.__

2. Name and location of court which imposed sentence __Superior Court for the District of Columbia Washington D.C.__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) __Number Unknown-escape, assault; petty larcerny, expired sent.__
   (b) __Number unknown- 2-Counts of armed robbery__
   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:
   (a) __7½ to 23 years. [expired] 1976]__
   (b) __1983- 2-consecutive terms of 8 to 24 years.__
   (c) _____

5. Check whether a finding of guilt was made:
   (a) ☐ After a plea of guilty
   (b) ■ After a plea of not guilty
   (c) ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   (a) ■ a jury
   (b) ☐ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ■ Yes    ☐ No

8. If you did appeal, give the following information for each appeal:
   (a)(1) Name of Court __District of Columbia Court of Appeals__
   (2) Result __Affirmed__
   (3) Date of Result __U/K__
   (4) Citation or number of opinion __U/K__

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds Raised *(list each)*

    (A) _____ N/A _____

    (B) _____ N/A _____

    (C) _____ N/A _____

    (D) _____ N/A _____

(b)(1) Name of Court _____ N/A _____

  (2) Result _____ N/A _____

  (3) Date of result _____ N/A _____

  (4) Citation or number opinion _____ N/A _____

  (5) Grounds raised (list each)

    (A) _____ N/A _____

    (B) _____ N/A _____

    (C) _____ N/A _____

    (D) _____ N/A _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9. State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize briefly the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

  (a) Ground One __INVALID WARRANT , Failure to place Charge in__ Warrant, Failure to properly execute warrant, failure to afford Due process and Equal protection of law,

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

The U.S. Parole Commission/D.C. Parole Board failed to place charge in warrant, failure to place 18 U.S.C. 4213 in the warrant in accordance to petitioners Due Process Entitlement Failure of the warrant being signed by a Judicial officer failure of the warrant to follow D.C code 23-561 failure of the warrant to informed, put to notice defected.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(b) Ground Two ___Violation of petitioners Due Process and his Equal protection of the law.___

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).
Failure of the warrant to state the required charge and be informed of the warrant in accordance to 28 c.f.r.2.46 Failure to follow or place in the warrant 18 4213.

(c) Ground Three ___N/A___

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

N/A

(d) Ground Four _____

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).
N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 5 of 9

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☐ Yes   ☒ No

11. If your answer to Question No. 10 was yes, give the following information:

    (a)(1) Name of Court _____ N/A _____
       (2) Nature of proceedings _____
       (3) Grounds raised _____ N/A _____
          _____ N/A _____

       (4) Result _____
       (5) Date of Result _____ N/A _____
       (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

    (b)(1) Name of Court _____ N/A _____
       (2) Nature of proceedings _____
       (3) Grounds raised _____
          _____ N/A _____

       (4) Result _____
       (5) Date of Result _____ N/A _____
       (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
_____ N/A _____
_____ N/a _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
    ☒ Yes    ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

    (a)(1) Name of Court __United States District of Kansas [Topeka__
    (2) Nature of proceedings __28 U.S.C. 2241__
    (3) Grounds raised __Ex post facto, Impermissible double Counting, and going outside the Guidelines with out good cause.__
    (4) Result __there has been no decision.__
    (5) Date of Result ____
    (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

    (b)(1) Name of Court ____
    (2) Nature of proceedings ____
    (3) Grounds raised ____  N/A
    (4) Result ____
    (5) Date of Result ____
    (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

    N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 6 of 9

Are you presently represented by counsel? ☐ Yes  ■ No

If so, name, address and telephone number _____

Case name and court _____

4. If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

☐ Yes   N/A   ☐ No.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

___N/A___
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___April 22, 2005___
(date)

___Oliver M. Boling #36688-118 pro.se___
Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 7 of 9