| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | **Notice of Action** |

| | |
|---|---|
| Name: BOLING, Oliver<br>Register Number: 36688-118<br>DCDC No: 166-863 | Institution: Leavenworth USP<br><br>Date:      June 5, 2004 |

In the case of the above-named, the following parole action was ordered:

Pursuant to 28 C.F.R. §2.28(f), reopen and schedule for a special reconsideration hearing on the next available docket.

**REASONS**:

The Commission has determined that there is significant adverse information in your file that was not considered in making the decision contained in the Notice of Action dated December 19, 2003.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:  Sharon Barnes-Durbin, SCSA
     CSS Data Management Group
     D.C. Court Services & Offender Supervision Agency
     300 Indiana Avenue, N.W., Suite 2140
     Washington, D.C. 20001