UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVER M. BOLING-BEY,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. PAROLE COMMISSION, et al.,<br><br>  Defendants. | Civil Action No. 05-1732 (JDB) |

## ORDER

Defendants have filed a motion to dismiss, or in the alternative, to transfer the case. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court will assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that plaintiff shall respond to the defendants' motion to dismiss, or in the alternative, to transfer the case no later than 30 days from the date of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded and enter judgment in favor of the defendants.

                                              JOHN D. BATES
                                              United States District Judge

DATE: 1-31-06

-1-