To: Honorable judge John D. Bates
U.S. District Court For The
District of Columbia
333- Constitution Avenue N.W.
Washington, D.C. 20001

Febuary,5,2006

Leave to file GRANTED

/s/ John D. Bates 2/13/06
John D. Bates
United States District Judge

From: Oliver M. Boling-Bey
#36688-118 F-unit
U.S.P. Lewisburg
P.O.Box-1000
Lewisburg, Pa.17837

RE: Boling-Bey v. U.S. Parole Commission et;al,
Civil NO. 1:05-cv-01732-JDB

Dear, Honorable Judge Bates,

This letter is a inquirey in reference to the above caption case, Plantiff filed the above pleading on or about August 31,2005, there after the defedants were served in their respective capacities / official and individual."

Thereafter, the court ordered the defedants to file a answer or to otherwise responded.defendants were given untill November 28,2005 to answer.

Again defendants asked for a additional time to answer and the court gave the defendants a additional 30 more days in which to respond. The additional date was December 28,2005.

Again defendants requested a additional 30 days to answer this time this court gave defendants another 30 days to respond or reply untill january 28,2006.

Plaintiff filed befor the court opposition to the third enlargement of time because it would prejudice plaintiff and that counsel for defendants in their (official capacity ) never cited any reason for the enlargement of times previously given defendants but used the enlargement to solicit the court to allow counsel who entered onlyon the defendants [official capacity].To be council for Individual

This spin appeared unreasonable to plaintiff and a abuse of the purpose for enlargement of time,additionally plaintiff filed

1

limited discovery for defendants to respond to within 30 days this motion was sent to the defendants on November,30,2005 and on December,13,2005 defendants filed a motion to stay discovery and plaintiff filed a opposition thereto.

The due date for defendants to answer was January 28,2006, as of this writing plaintiff [HAVE NOT] recieved no response from the court on any of the dispositions of the motions nor have plaintiff recieved and answer from defendants."

plaintiff ask this court to please inform him as to the dispositions of the motions and send plaintiff a (resent) docket sheet on his case.
        thank you

        Respectfully Submitted
        Oliver M. Boling-Bey  By 36688-118
        #36688-118 F-unit
        U.S.P. Lewisburg,
        P.O.Box-1000
        Lewisburg,Pa.17837