United States District Court
For The District of columbia

)
)
)
Oliver Boling-Bey           )
    plaintiff              )
                           )        Civil Action No.05-1732
                           )           (J.D.B.)
v.                          )
                           )
                           )
U.S. Parole Commission et;al, )
                           )
    defendants             )
                           )
                           )

RECEIVED
FEB 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs Motion To Enlargement
of Time to File Response To Defendants
Motion To Dissmiss Complaint

    Pro-se Plaintiff Oliver Boling-Bey Respectfully request
    and Elargement of time to respond to Defendants motion
    to Dismiss Complaint for the following reasons:

Plaintiff live in a restrict enviornment in which he donot have
freedom to move to and from the law library as need to prepare
a response to the defendants motion by March 2,2006.

Plaintiff did not recive the defendants motions and exhibits
untill February 7,2006 see exhibit A attached . which shows
that the documents was post marked 1/30/2006 as being sent
from wash.D.C. but plaitiff did not recieve the documents
untill in which the counselor here at the prison signed and
dated when it was delivered to plaintiff....a total of (7) days
in which is not the general time it takes to recieve mail from
D.C. to Pa.

In addition plaintiff needs additional time to comb through the volumes of exhibits and motion in order to rêspond in a adequate manner, Paintiff request a 30 day enlargement in which would not prejudice defendants. Wherefor plaintiff pray that the time needed is granted.

"Respectfully Submitted"

February 17, 2006

*Oliver Boling-Bey* #36688-118
Oliver Boling-Bey
#36688-118
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

EX. A

Olivia Boling Bey
# 36688-118
Lewisburg USP, F unit
P.O. Box 1000
Lewisburg, PA 17837

Rec'd
2-7-06
Kavanagh-cc
3:55 pm