UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OLIVER BOLING-BEY,**<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>**UNITED STATES PAROLE COMMISSION, et al.,**<br><br>　　　Defendants. | Civil Action No. 05-1732 (JDB) |

<b><u>ORDER</u></b>

　　　In accordance with the Memorandum Opinion issued this 19th day of April, 2006, it is hereby

　　　**ORDERED** that defendants' motion to dismiss or, in the alternative, transfer venue [Dkt. #24] is **GRANTED**. It is

　　　**FURTHER ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of Kansas.

_____/s/_____<br>
JOHN D. BATES<br>
United States Distrct Judge