MAY 0 3 2006
RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

06-5131

Oliver Boling-Bey
    Plaintiff,

                                Civil Action No. 05-1732
                                      (JDB)

v.


U.S. Parole Commission et. al.,
    Defendants.


## NOTICE OF APPEAL

    Come Now plaintiff Oliver Boling-Bey pro se appeals the District Court for the District of Columbia final judgment order dated 19th day of April 2006 - the denial - by Judge john D. Bates in Civil case No. 05-1732 (J.D.B.) see attached plaintiff desire to appeal this decision.


                                                    Respectfully Submitted

*April 27, 2006*

                                                    Oliver Boling-Bey
                                                    No. 36688-118
                                                    U.S.P. Lewisburg, Pa
                                                    P.O. Box 1000
                                                    Lewisburg, Pa. 17837