# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5131**  **September Term, 2006**

05cv01732

Filed On: October 5, 2006 [996132]

Oliver M. Boling-Bey,
    Appellant

v.

United States Parole Commission, et al.,
    Appellees

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, and the petition for a writ of mandamus, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. The district court did not abuse its discretion in transferring this case to the District of Kansas. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Appellant did not allege specific facts to show that the individual defendants performed actions in the District of Columbia sufficient to warrant the district court's exercise of personal jurisdiction over them. See D.C. Code § 13-423; Naartex Consulting Corp. v. Watt, 722 F.2d 779, 785-88 (D.C. Cir. 1983).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**